```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JEAN DEAN,

                Plaintiff,

vs.                                  Case No.  2:10-cv-564-FtM-29SPC

WELLS FARGO HOME MORTGAGE,

                Defendant.
_____

**ORDER**

This matter comes before the Court on Petition for Temporary Injunction (Doc. #2) filed on September 14, 2010.

The Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida authorize a court to issue a temporary restraining order without written or oral notice to the adverse party under certain circumstances.  Fed. R. Civ. P. 65(b); M.D. Fla. R. 4.05.  A temporary restraining order may enter without notice only if "(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition, and (B) the movant's attorney certifies in writing any efforts made to give the notice and the reasons why it should  not be required." Fed. R. Civ. P. 65(b)(1).  A temporary restraining order will be issued only if plaintiff demonstrates:  (1) the likelihood of success on the merits of the claim; (2) the irreparable nature of

the threatened injury and the reason that notice cannot be given; (3) the potential harm that might be caused to the opposing parties or others if the order is issued; and (4) the public interest at stake, if any.  See M.D. Fla. R. 4.05(b)(4); See also Parker v. State Bd. of Pardons & Paroles, 275 F.3d 1032, 1034-35 (11th Cir. 2001).

Plaintiff alleges that defendant induced plaintiff to enter into a predatory loan agreement for the refinance of her personal residence.  Further, plaintiff alleges that "Defendant's attorney caused to initiated collection procedures, knowing said collection procedures in the instant action were frivolous . . ."  (Doc. #2, p. 2.)

Plaintiff has not demonstrated a substantial likelihood of success on the merits, the irreparable nature of success on the merits, the lack of any available legal remedy, or any reason to proceed without notice to defendant.

Accordingly, it is now

**ORDERED**:

Petition for Temporary Injunction (Doc. #2) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of September, 2010.

_____
JOHN E. STEELE
United States District Judge

Copies:
Parties of record