UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:10-cv-564-JES-SPC

JEAN DEAN,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

    Defendant.
_____/

## WELLS FARGO HOME MORTGAGE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Wells Fargo Home Mortgage, pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

I hereby disclose the following pursuant to this Court's Interested Persons Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action ─ including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    (1)    Wells Fargo & Company
            *See* **Exhibit A** (attached) for direct and indirect subsidiaries of Wells Fargo & Company

    (2)    Wells Fargo Home Mortgage. (Defendant)

    (3)    Carlton Fields, P.A. (Counsel for Defendant)

    (4)    Michael K. Winston, Esquire (Counsel for Defendant)

    (5)    David B. Esau, Esquire (Counsel for Defendant)

    (7)    Jean Dean (Plaintiff)

17581361.1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    Not applicable.

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

    None.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 20, 2010

Respectfully submitted,

By: /s/ David B. Esau
    Carlton Fields, P.A.
    David B. Esau (FL Bar No. 650331)
    CityPlace Tower – Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, FL 33401
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368
    desau@carltonfields.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Jean Dean
730 Oakridge River Road
Fuquay Varina, NC 27526
(via U.S. Mail)
*Plaintiff*

/s/  David B. Esau
David B. Esau