**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wells Fargo & Company
  ABCA, Inc
    1005 Corp
    Melbourne Atlantic Joint Venture
  ACO Brokerage Holdings Corporation
    Wells Fargo Insurance Services, Inc.
      Acordia of Indiana, Inc.
        Wells Fargo Insurance Services of Indiana, LLC
      American E & S Insurance Brokers California, Inc.
      Wells Fargo Global Broker Network, LLC
      Wells Fargo Insurance Agency of Michigan, Inc
      Wells Fargo Insurance Services Investment Advisors, Inc
      Wells Fargo Insurance Services Mountain West, Inc
      Wells Fargo Insurance Services Northeast, Inc
      Wells Fargo Insurance Services Northwest, Inc
        Wells Fargo Insurance Services of Oregon, Inc
      Wells Fargo Insurance Services of Alabama, Inc
      Wells Fargo Insurance Services of Alaska, Inc
      Wells Fargo Insurance Services of Arizona, Inc
      Wells Fargo Insurance Services of Minnesota, Inc
        Wells Fargo Insurance Services of Illinois, Inc.
      Wells Fargo Insurance Services of Nevada, Inc
      Wells Fargo Insurance Services of New York, Inc
      Wells Fargo Insurance Services of Ohio, LLC
      Wells Fargo Insurance Services of Pennsylvania, Inc
      Wells Fargo Insurance Services of Texas, Inc
      Wells Fargo Insurance Services of West Virginia, Inc
        Wells Fargo Insurance Services of Kentucky, Inc.
        Wells Fargo Insurance Services of North Carolina, Inc
        Wells Fargo Insurance Services of Tennessee, Inc
        Wells Fargo Insurance Services of Virginia, Inc
      Wells Fargo Third Party Administrators, Inc
        SelectNet Plus, Inc
      Wells Fargo Insurance Services Southeast, Inc
      Wells Fargo of California Insurance Services, Inc
        W C A. Service Corporation, Inc.
    Wells Fargo RE, Inc
    Wells Fargo Special Risks, Inc
  A.G. Edwards, Inc
    AGE Capital Holding, Inc
      A.G. Edwards Private Equity Partners QP, L P
      A.G. Edwards Private Equity Partners, L.P.
      A.G. Edwards Private Equity Partners QP II, L P
      A.G. Edwards Private Equity Partners II, L.P.
    AGE International, Inc
    AGE Investments, Inc
      WB Re Ltd
        AGE Capital Holding, Inc
    A.G. Edwards Capital, Inc
      A.G. Edwards Private Equity Partners QP, L P
      A.G. Edwards Private Equity Partners, L.P.
      A.G. Edwards Private Equity Partners QP II, L P
      A.G. Edwards Private Equity Partners II, L.P.
    A.G. Edwards Hedging Services, Inc
    Edwards Development Corporation
    EVEREN Capital Corporation
      A. G. Edwards Technology Group, Inc.
        A. G. Edwards Technology Partners
      Bateman Eichler, Hill Richards Realty Services, Inc
        Bateman Eichler, Hill Richards Housing Investors, Inc
      Bateman Eichler, Hill Richards Realty Co., Incorporated
        BEHR Housing Investors 1981-1, L.P.
      Bayshore Insurance Agency, Inc
      BPL Holdings, Inc
        Boettcher Properties, Ltd
      Danube Holdings II C V
        Wachovia Finance Ireland Limited
        Wachovia Netherlands B V
      Danube Holdings III C V
        Evergreen ECM Holdings B V
          ECM Holdings Limited
            European Credit Management Limited
      Everen Leasing, LLC
      Jordan Investments LP
      Structured Principal Strategies Holdings, LLC
      The Ceres Investment Company
        A. G. Edwards Technology Partners
      Wachovia Investment Holdings, LLC
        ACASA/VCM, LLC (50%)
          American Capital/Wachovia CDO Investor Fund, L P
        EnerVest-Wachovia Co-Investment Partnership, L P
        Highland Glen, LLC
        Landfill Portfolio, LLC
        Tantanka WFH Holding, LLC
        Vento WF LLC
          2007 Vento II, LLC
      Wachovia Commodities Holdings, Inc
        Wells Fargo Commodities, LLC
      Wachovia Proprietary Equity Trading, LLC
      WH CDO, LLC
      WH Holdings
        Wachovia Technology Planning & Solutions Private Limited
    Wachovia Securities Holdings, LLC


EXHIBIT
A

**Wells Fargo & Company**
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Securities Financial Holdings, LLC
  A G. Edwards & Sons, LLC
  FA Recruiting Services, LLC
  First Clearing, LLC
  Wachovia Securities Insurance Agency of Puerto Rico, Inc.
  Wells Fargo Advisors, LLC
    Wells Fargo Advisors (Argentina) LLC
      Wachovia Securities Servicos e Participacoes (Brasil)
        LTDA
    Wachovia Securities Servicos e Participacoes (Brasil)
      LTDA
    Wells Fargo Advisors (Chile) LLC
    Wells Fargo Advisors (Montevideo) Usuaria de Zona
      Franca S.A.
    Wachovia Securities (Uruguay) S.A.
  Wells Fargo Advisors Financial Network, LLC
  WS Insurance Agency of Wyoming, LLC
  WS Insurance Services, LLC
    WS Insurance Services of Massachusetts, LLC
Wells Fargo Securities, LLC
WF Securities Services, LLC
Alternative Strategies Group, Inc.
  Alternative Strategies Managed Futures & Commodities Platform, LLC
  Alternative Strategies Platform, LLC
  Alternative Strategies Real Estate Platform, LLC
  ASGI Hedged Equities, Accredited, L.P.
  ASGI Hedged Equities, Super Accredited, L.P.
  ASGI Multi-Strategy Fund II, Super Accredited, L.P.
  ASGI Multi-Strategy, Super Accredited, L.P.
  ASGI Multi-Strategy, Accredited, L.P.
  Evergreen International SMID Cap Absolute Return Offshore Master
    Fund Ltd
  Evergreen Private Equity Fund II, L.P.
  Evergreen Private Equity Fund, L.P.
  Evergreen Private Investment Funds - Absolute Return Fund, Super
    Accredited, L.P.
  Evergreen Private Investment Funds - Global Multi-Strategy Fund,
    Accredited, L.P.
  Evergreen Private Investment Funds--Hedged Opportunities Fund,
    Accredited, L.P.
  Golden Capital Management, LLC
  GS Private Equity Partners IX ASW Fund, LLC
  Landmark Equity Partners XIV ASW Fund, LLC
  Lehman Crossroads XVIII ASW Fund, LLC
  Siguler Guff BRIC Opportunities II ASW Fund, LLC
  Wachovia Alternative Strategies Offshore Platform, SPC
  Wachovia Capital Partners II ASW Fund, LLC
BluePoint Holdings Limited
Bryan, Pendleton, Swats & McAllister, LLC
Capitol Finance Group, Inc.
Central Fidelity Capital Trust I
Central Fidelity Properties, Inc.
Century Bancshares, Inc.
  Century Capital Trust
CoreStates Holdings, Inc.
  United Bancshares, Inc.
    United Bank of Philadelphia
Danube Holdings II C.V.
  Wachovia Finance Ireland Limited
Danube Holdings III C.V.
DFG Holdings, LLC
  Diversified Finance Investments, LLC
    Preferred Investments S.a r.l.
  Preferred Funding S.a r.l.
Eaton Village Associates, Ltd. Co.
Evergreen Alternative Capital, Inc.
  Evergreen International SMID Cap Absolute Return, LLC
    Evergreen International SMID Cap Absolute Return Offshore Master
      Fund Ltd
  Evergreen International SMID Cap Absolute Return Offshore Fund Ltd
Farmington, Incorporated
FCC-PR, Inc.
Fidelcor Business Credit Corporation
First Citizens SC Capital Trust II
First Community Capital Trust I
First Community Capital Trust II
First Community Capital Trust III
First Union Capital I
First Union Capital II
First Union Community Development Corporation
  Headhouse Retail Associates, L.P.
First Union Institutional Capital I
First Union Institutional Capital II
First Union Title Corporation
  Wachovia/Maher Partners
FNL Insurance Company
Foothill Group, Inc., The
  Wells Fargo Foothill, Inc.
    Foothill Capital Corporation
      Monument Peak, LLC
      RELS, L.L.C.

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

```
          Advanced Collateral Solutions, LLC
              C&S Appraisal Services, LLC
              Prime Valuation Services, LLC
          RELS Management Company, LLC
              Accounting Services, LLC
              RES Direct, LLC
          RELS Reporting Services, L L C
          Valuation Information Technology, L L C.
      RELS Title Services, LLC
          ATi Title Company of Alabama, LLC
          ATi Title Agency of Ohio, Inc
          ATi Title Company, LLC
      Valley Asset Management, Inc
          Wells Fargo CM Funding, LLC
      Wells Fargo Escrow Company, LLC
      Wells Fargo Retail Finance II, LLC
      Wells Fargo Trade Capital Services, Inc
Forum Capital Markets, LLC
FPFC Management LLC
FUNC Holdings, Inc
    Wachovia Settlement Services of AL, LLC
    Wachovia Settlement Services, LLC
        OmniServe of Alabama, L L C
Goldenrod Asset Management, Inc
Greater Bay Bancorp
    GBB Capital II
    GBB Capital III
    GBB Capital IV
    GBB Capital VI
    GBB Capital VIII
H D. Vest, Inc
    H D. Vest Advisory Services, Inc
    H D Vest Insurance Agency, LLC
    H D Vest Investment Securities, Inc
Home Loan Experts, Inc.
Home Services Title Reinsurance Company
IJL 2004, LLC
InterWest Capital Trust I
Island Finance Puerto Rico, Inc
Lowry Hill Investment Advisors, Inc.
Macro*World Research Corporation
    Macro*World Research Philippines Inc
    Wachovia Technology Planning & Solutions Private Limited
Nero Limited, LLC
    Augustus Ventures, L L C
    Tibenus Ventures, L L C
        Norwest Limited LP, LLLP
            Kidron Partners IV, LP
            Norwest Equity Partners V, a MN Limited Partnership (98 95%
            owned)
            Norwest Equity Partners VI, LP
            Norwest Equity Partners VII, LP
            Norwest Equity Partners VIII, LP
                NEC VIII, LLC
            Norwest Equity Partners IX, LP
                NEC IX, LLC
            Norwest Mezzanine Partners I, LP
            Norwest Mezzanine Partners II, LP
            Norwest Mezzanine Partners III, LP
            Norwest Venture Partners VI, LP
            Norwest Venture Partners VI-A, LP
                Palo Alto Partners, LLC
            Norwest Venture Partners VII, LP
            Norwest Venture Partners VII-A, LP
            Norwest Venture Partners VIII, LP
            Norwest Venture Partners IX, LP
                Norwest Venture Partners FVCI-Mauritius
            Norwest Venture Partners X, LP
                Norwest Venture Partners-Mauritius
                Norwest Venture Partners X-Mauritius
                Norwest Venture Partners X FII-Mauritius
Northern Prairie Indemnity Limited
Norwest Equity Capital, L L C
Norwest Venture Capital Management, Inc
Pacific Northwest Statutory Trust I
Peregrine Capital Management, Inc
Placer Sierra Bancshares
    First Financial (CA) Statutory Trust I
    Placer Statutory Trust III
    Placer Statutory Trust IV
    Southwest Community Statutory Trust I
Primrose Asset Management, Inc
PRN Holdings, Inc
Residential Home Mortgage Investment, L L C
Signet Student Loan Corporation
STRATS, LLC
Structured Asset Investors, LLC
Structured Credit Partners, LLC
Superior Guaranty Insurance Company
Synthetic Fixed-Income Securities, Inc
The Fairfax Corporation
    Real Estate Consultants of the South, Inc
The Wachovia Wells Fargo Foundation, Inc
```

TRSTE, Inc.
TRSTE II, Inc.
Tryon Management, Inc
United Bancorporation of Wyoming Capital Trust I
United Bancorporation of Wyoming Capital Trust II
United Bancorporation of Wyoming Capital Trust III
United Bancshares, Inc
Union Hamilton Reinsurance, Ltd
   Besso Holdings Limited
      Besso Limited
         Besso Risk Solutions Ltd
         Besso Special Groups Limited
         Besso Transportation Limited
         H  Bernstein Insurance Brokers Limited
         O'Sullivan and Associates Limited
         Therapy Insurance Services Limited
      Besso Operational Support Services Limited
      Besso Re Limited
      CBC UK Limited
         CBC Affinity Groups Limited
      Global Flying Insurance Services Limited
Union Hamilton Special Purpose Funding 2005-1, LLC
   Union Hamilton Reinsurance, Ltd
Union Hamilton Special Purpose Funding 2005-2, LLC
   Union Hamilton Reinsurance, Ltd
Union Hamilton Special Purpose Funding 2006-1, LLC
   Union Hamilton Reinsurance, Ltd
Wachovia Bank, National Association
   Atlas Capital Funding, Ltd
   Atlas Loan Funding 2, LLC
   Atlas Loan Funding (CENT I), LLC
   Atlas Loan Funding (Hartford), LLC
   Atlas Loan Funding (Navigator), LLC
   Atlas-OCI Enhanced Loan Income Fund LLC
   Bacon Housing, L P
   BAFSC/WLC CX HUP I Trust
      BAFSC/WLC CX HUP, Ltd
   BAFSC/WLC CX HUP II Trust
      BAFSC/WLC CX HUP, Ltd
   Biscoe Finance, LLC
   BGMCO PA, Inc
   Bowler Housing L.P.
   Business Development Corporation of South Carolina
   Calibre Advisory Services, Inc
   Cardinal Holdings LLC
      Cardinal Finance LLC
      Cardinal International Leasing Holding Corp.
         Cardinal International Leasing, LLC
            First Union I, Inc
            Matthew International Sales, Inc
            Oosterpark, LLC
            RIJK, LLC
            Vondelpark, LLC
   City First Capital III, LLC
   City First Capital V, LLC
   City First Capital XI, LLC
   CoLTS LLC 2005-1
   CoLTS LLC 2005-2
   CoLTS LLC 2007-1
   Consortium America II, LLC
   CoreStates Capital I
   CoreStates Capital II
   CoreStates Capital III
   CTB Realty Ventures XXI, Inc
   Danube Holdings I C V
   Evergreen Investment Company, Inc
      EIMCO Trust
         Evergreen Investment Management Company, LLC
            Evergreen Offshore SMID Cap Holding Co., LLC
         Evergreen Service Company LLC
            Evergreen Financing Company, LLC
               Evergreen Worldwide U S  Dollar Fund, Ltd
         J  L  Kaplan Associates, LLC
      Evergreen Asset Management Corp
         EIMCO Trust
      Evergreen Investment Services, Inc
      Metropolitan West Capital Management, LLC
      TCIG NC State Credit Fund, LLC
   FFL Services Corporation
   First Fidelity Urban Investment Corporation
   First National Properties, Inc
   First Penco Realty, Inc
   First State Service Corporation
   First Union Commercial Leasing Group, L L C
   First Union Holdings LLC
      First Union Financial Investments, LLC
   General Homes Corp
   GS Bridgeport I CDE, LLC
   Honzon Management Services, Inc
   JERSEY CENTER/FIDOREO, INC
   JPSD, Inc
      G  C  Leasing, Inc
      North Hart Run, Inc

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

MAA/NCF Sub-CDE, LLC
Maryland Housing Equity Fund III Limited Partnership
Meridian Mortgage Corporation
Metropolitan West Securities, LLC
Mid-City Community CDE-Operating Fund, LLC
Monument Street Funding, Inc
   Centurion Funding, Inc
      Centurion Funding, LLC
       Monument Street Funding, LLC
        Monument Street Funding-II, LLC
       Monument Street International Funding-I, LLC
        First International Advisors, LLC
       Monument Street International Funding-II, LLC
        First International Advisors, LLC
   Mercy Housing Georgia I, L L L P.
   Monument Street Holding LLC
   The Exchange Building Limited Partnership
MWI-2002, LLC
New Markets Investment XIII, LLC
NFPS, Inc
   PINTA, LLC
OmniPlus Capital Corporation
   Tyro Funding, LLC
      Sparta GP Holding, LLC
        Aurora GP Holding, LLC
          Salvo Finance GP
        Salvo Finance GP
        Sparta GP Holding REO Corp
Oxmoor Center, LLC
PASS Holding LLC
Pooled Auto Securities Shelf, LLC
   Wachovia Auto Owner Trust 2005-B
   Wachovia Auto Owner Trust 2006-A
Premium Timberland Sales, Inc
Prime Direct LLC
Questpoint L.P., Inc
Railway Tenant, LLC
REDUS Properties, Inc
   Alta Mesa AZ, LLC
   Augusta Landings Raleigh, LLC
   Aztec Park McAllen TX, LLC
   Barrington Crestview GA, LLC
   Bridgewater Falls Hamilton, LLC
   City Place Buckhead, LLC
   Desert Mirage Gilbert, LLC
   Dulles Station Herndon, LLC
   Estates at Dunwoody Park GA, LLC
   Fannin County Equestrian Community, LLC
   Lordship, LLC
   Mackerel Lane Carolina Beach, LLC
   Marina Towers Melbourne, LLC
   McCart Landing Conyers, LLC
   McClellan Greensboro, LLC
   Milford Highlands PA, LLC
   Northbrooke Woodstock, LLC
   North Fontana CA, LLC
   REDUS Alabama, LLC
   REDUS Alabama Commercial, LLC
   REDUS Arizona, LLC
   REDUS Arlington Ridge FL, LLC
   REDUS Arlington Ridge FL Land, LLC
   REDUS Atlanta Club Homes, LLC
   REDUS Atlanta Housing, LLC
   REDUS Atlanta Subdivisions, LLC
   REDUS Bell Circle Revere MA, LLC
   REDUS Brookhaven Plaza, LLC
   REDUS CA Properties, LLC
   REDUS California Land, LLC
   REDUS Charlotte Housing, LLC
   REDUS Chase Oaks Village TX, LLC
   REDUS Chesapeake Bay Resort MD, LLC
   REDUS Colorado, LLC
   REDUS Dallas TX, LLC
   REDUS Delaware, LLC
   REDUS FL Properties, LLC
   REDUS Florida Commercial, LLC
   REDUS Florida Condos, LLC
   REDUS Florida Housing, LLC
   REDUS Florida Land, LLC
   REDUS Fredenca, LLC
   REDUS Fredenca Club, LLC
   REDUS Georgia Commercial, LLC
   REDUS Greensboro Subdivisions, LLC
   REDUS Houston, LLC
   REDUS Idaho, LLC
   REDUS Illinois, LLC
   REDUS Indiana, LLC
   REDUS Kentucky, LLC
   REDUS MA Subdivisions, LLC
   REDUS Maison 31 NY, LLC
   REDUS Maryland Commercial, LLC
   REDUS MD Land, LLC
   REDUS Mississippi Land, LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

REDUS Missouri, LLC
REDUS Nashville Housing, LLC
REDUS New York, LLC
REDUS NC Coastal, LLC
REDUS NC Housing, LLC
REDUS NC Land, LLC
REDUS Nevada, LLC
REDUS New Jersey, LLC
REDUS Ohio, LLC
REDUS Raleigh Housing, LLC
REDUS Redmond OR Land, LLC
REDUS Salina Central Mall KS, LLC
REDUS SC Coastal, LLC
REDUS SC Housing, LLC
REDUS SC Land, LLC
REDUS Tennessee Housing, LLC
REDUS Texas Land, LLC
REDUS TX Homes, LLC
REDUS TX Properties, LLC
REDUS VA Housing, LLC
REDUS Virginia Commercial, LLC
REDUS Virginia Subdivisions, LLC
REDUS Westwood, LLC
Rocky River Project LLC
SR 70 Land Bradenton, LLC
SS Columbus Morse, LLC
SS Lewis Enterprise, LLC
SS New Smyrna, LLC
SS South Loop, LLC
Taylor County Land GA, LLC
The Preserve Sevierville, LLC
The Ridges at Mountain Harbour, LLC
Veranda Park Orlando, LLC
Vermillion Huntersville, LLC
Vickery Village Cumming GA, LLC
Vista Lofts Denver, LLC
Water's Edge Clearwater, LLC
Renaissance Finance II, LLC
Residential Asset Funding Corporation
Savings Associations Financial Enterprises, Incorporated (S A F E , Inc.)
SC Realty, LLC
Solution Delivery, LLC
Source One Liquidation, LLC.
SouthTrust Capital Funding Corporation
SouthTrust Community Reinvestment Company, LLC
SoCo Community Development Company, LLC
SouthTrust Development Corporation
SouthTrust Mobile Services Funding Corporation
SouthTrust Mortgage Corporation
SPFE, Inc
St. Joseph's Affordable Housing Limited Partnership
Sullivan Investments, Inc.
Wachovia Multifamily Capital, Inc
Summitt PELS Funding, LLC
SURREY DOWNS/FIDOREO, INC
Tattersal Advisory Group, Inc
TAYLORR LAKES/FIDOREO, INC
The Florida Community New Markets Fund II, LLC
The Money Store, LLC
The Money Store/Service Corp
TMS Special Holdings, Inc
Wachovia Education Finance Inc
TMS Student Holdings, Inc
Wachovia Education Loan Funding LLC
Wachovia Student Loan Trust 2005-1
Wachovia Student Loan Trust 2006-1
WES Holding Corporation
Wachovia Equity Servicing, LLC
Equity Insurance Agency, Inc
Integrated Capital Group, Inc.
Princeton Reconveyance Services Inc
Two APM Plaza, Inc
Tyro Funding, LLC
Universal Master Servicing, LLC
Wachovia Affordable Housing Community Development Corporation
110 Monastery Associates, Limited Partnership
150 Miami Associates Tenant, LLC
509 Vine Street Tenant, L P
660 Master, LLC
1368 Euclid Street Tenant L P
AHC Limited Partnership-11
AHC Limited Partnership-10
Bluffwalk Center Lessee, L P
B-R Penn Tenant, LP
CACC Tenant, LP
Canal Walk Lofts Tenant L P
Canal Walk Lofts II L P
Canal Walk Lofts III SCP L P
Canal Walk Lofts III Tenant L P
Capitol Places IV, LLC
City Market Lofts Tenant, LLC

Cookman Restoration L L C

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

CWC MT, LLC
CWC SCP, LLC
Downtown Revival Limited Partnership
Electric Building Tenant LLC
Elf Tenant, L.P.
FC Ashton Mill Master Lessee, LLC
FC CONSOLIDATED MASTER LESSEE, LLC
FC Edgeworth Master Lessee, LLC
   FC Edgeworth Lessor, LLC
FC Lucky Strike Master Lessee, LLC
   FC Lucky Strike Lessor, LLC
Forest Glen Main Master Tenant, LLC
   Forest Glen Ballroom, LLC
FSD Master Tenant, LLC
Garden-Howe Urban Renewal Associates, L.P.
Gunther HQ Federal LLC
Haskell Limited Partnership
Historic West Elementary, LLC
Johnston Mill Master Tenant, LP
Kardon/Atlantic Associates, L.P.
Legacy Glenn Partnership, LLC
Mt. Vernon Middle Tier, LLC
OPC Hampton Tenant, L.P.
Parachute Factory Tenant, LLC
Paramount Theater Tenant L.P.
Parkland Senior Housing, LP
Pohlig SCP, L.P.
PSH State Investor, LLC
Roanoke TS Tenant, LP
Royalton Apartments, Ltd
Seventeenth Street Lofts Tenant L.P.
Shockoe-Cary Building Tenant, L.P.
Site 15 Affordable Associates, LLC
South Street Lofts Tenant L.P.
SouthSide Plaza 455 Ltd., L.L.P.
TCIG Guaranteed Tax Credit Fund I, LLC
TCIG Guaranteed Tax Credit Fund II, LLC
TCIG Guaranteed Tax Credit Fund III, LLC
TCIG Guaranteed Tax Credit Fund IV, LLC
TCIG Guaranteed Tax Credit Fund V, LLC
TCIG Guaranteed Tax Credit Fund VI, LLC
TCIG Guaranteed Tax Credit Fund VII, LLC
TCIG Tax Credit Fund I, LLC
TCIG Tax Credit Fund II, LLC
The Lofts San Marco Tenant, LLC
Todd Tenant, L.P.
VCP-Carlington, LLC
Virginia Street SCP, L.P.
Wachovia Community Development Enterprises, LLC
Wachovia FSD SCP, LLC
   FSD Master Tenant, LLC
Wachovia Guaranteed Middle Tier III-A-NC, LLC
Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Whitney Hotel Limited Partnership
Wachovia Affordable Housing Corp
  AHG Tax Credit Fund I, L.L.C.
  AHG Tax Credit Fund II, L.L.C.
  AHG Tax Credit Fund III, L.L.C.
  AHG Tax Credit Fund IV, L.L.C.
  AHG Tax Credit Fund V, L.L.C.
  AHG Tax Credit Fund VI, L.L.C.
  AHG Tax Credit Fund VII, L.L.C.
  AHG Tax Credit Fund IX, L.L.C.
  AHG Tax Credit Fund X, L.L.C.
  AHG Tax Credit Fund XII, L.L.C.
  AHG Tax Credit Fund XIV, L.L.C.
  AHG Tax Credit Fund XVI, L.P.
  AHG Tax Credit Fund XVII, L.P.
  AHG Tax Credit Fund XVIII, LLC
  AM/F Managing Member, LLC
     TCF AM/F, LLC
  AM/F-2 Managing Member, LLC
     TCF AM/F-2, LLC
  AM/F-4A Managing Member, LLC
     TCF AM/F-4A, LLC
     TCF AM/F-4B, LLC
  First Union Guaranteed Tax Credit Fund I, LLC
     TCF A/GA-1, LLC
  TCF AEG/GA, LLC
  TCF A/NC-1, LLC
  TCF A/V-1, LLC
     OPC Hampton SCP, LP
     OPC Hampton, LLC
  TCF BA/F-G, LLC
  TCF BO/F, LLC
  TCF BOH/H-1, LLC
  TCF BOH/H-2, LLC
  TCF C/F, LLC
  TCF C/F-2, LLC
  TCF CN/VA-1, LLC
     Market Villas SCP, L.P.
     TCF CN/VA-2, LLC
     CWC SCP, LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

TCF CN/VA-3, LLC
 South Street Lofts SCP L P
TCF CON/GA, LLC
TCF GW/F, LLC
TCF GW/GA, LLC
TCF GW-2, LLC
TCF HH/GA, LLC
TCF JH/GA, LLC
TCF JP/F, LLC
TCF JP/GA, LLC
TCF JPM/F, LLC
TCF JPM/F-2, LLC
TCF JPM/F-3, LLC
TCF M/F-1, LLC
TCF NA/VA-1, LLC
 American Tobacco SCP, LP
TCF NA/VA-2, LLC
 Suffolk Center for Cultural Arts SCP, L P
TCF NA/VA-3, LLC
TCF P/GA-2, LLC
TCF P/MO-1, LLC
TCF P/VA, LLC
 CACC SCP, LP
 CWC SCP, LLC
 Edgeworth SCP, LLC
 Lamont SCP, L P
 Roanoke TS SCP, LP
TCF S/GA, LLC
TCF UB-1, LLC
TCF U/GA-2, LLC
TCF U/GA-3, LLC
TCF U/MO, LLC
TCF USB/F, LLC
TCF U/VA, LLC
 Biggs Building SCP, L P
 Bluffwalk SCP, L L C
 City Market Lofts SCP, LLC
 Mulberry SCP, L P.
 Parachute Factory SCP, LLC
 Paramount Theater SCP L P
 Seventeenth Street Lofts SCP L P
TCF U/VA-2, LLC
 Bluffwalk SCP, L L C
 CWC SCP, LLC
 Edgeworth SCP, LLC
 Nolde Bakery SCP, L P
TCF U/VA-3, LLC
 FC Lucky Strike Lessor, LLC
TCF WF-3, LLC
TCF WF-4, LLC
TCF WF-5, LLC
TCIG Guaranteed Tax Credit Fund I, LLC
TCIG Guaranteed Tax Credit Fund II, LLC
TCIG Guaranteed Tax Credit Fund III, LLC
TCIG Guaranteed Tax Credit Fund IV, LLC
TCIG Guaranteed Tax Credit Fund V, LLC
TCIG Guaranteed Tax Credit Fund VI, LLC
TCIG Guaranteed Tax Credit Fund VII, LLC
 Wauregan Development LLC
TCIG Historic Tax Credit Fund I, LLC
 Warder Mansion, L P
TCIG Tax Credit Fund I, LLC
TCIG Tax Credit Fund II, LLC
WfA Tax Credit Fund 2003-I, LLC
Wachovia Guaranteed Middle Tier III-A/NC, LLC
Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Wachovia Guaranteed Middle Tier IV-U/NC, LLC
Wachovia Guaranteed Tax Credit Fund-C/GA, LLC
Wachovia Guaranteed Tax Credit Fund-WF/CA, LLC
Wachovia Guaranteed Tax Credit Fund II, LLC
Wachovia Guaranteed Tax Credit Fund III-A/GA, LLC
Wachovia Guaranteed Tax Credit Fund III-A/NC, LLC
 Wachovia Guaranteed Middle Tier III-A/NC, LLC
Wachovia Guaranteed Tax Credit Fund III-CN/GA, LLC
Wachovia Guaranteed Tax Credit Fund IV-P/GA, LLC
Wachovia Guaranteed Tax Credit Fund IV-P/NC, LLC
 Wachovia Guaranteed Middle Tier IV-P/NC, LLC
Wachovia Guaranteed Tax Credit Fund IV-U/GA, LLC
 Mercy Housing Georgia I, L L L P
Wachovia Guaranteed Tax Credit Fund IV-U/NC, LLC
Wachovia Guaranteed Tax Credit Fund V-F/M  LLC
Wachovia Guaranteed Tax Credit Fund V-VA/M  LLC
 Canal Walk Lofts II SCP L P.
 CAROLINA/CONSOLIDATED SCP, L P.
 Superior Warehouse Apartment SCP, L P
Wachovia Guaranteed Tax Credit Fund-WF/CA-2, LLC
Wachovia Asia Holding Corporation
 Wachovia Advisors International Limited
 Wachovia Asia Limited
  Wachovia Management Services Private Limited
 Wachovia Management Services Private Limited
 Wells Fargo Securities Asia Limited
 Wells Fargo Securities (Japan) Co. Ltd

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia ARM Securitization, LLC
Wachovia Asset Securitization Holding Corp
    Wachovia Asset Securitization Issuance, LLC
Wachovia Asset Securitization Issuance II, LLC
Wachovia Bank and Trust Company (Cayman) Ltd
    Wachovia Secretaries (Cayman) Ltd
    Wachovia Directors (Cayman) Ltd
Wachovia Capital Finance Corporation
Wachovia Capital Finance Corporation
Wachovia Capital Partners, Inc.
    Prometheus Investment, LLC
Wachovia Card Services, National Association
    Wachovia Card Receivables, LLC
Wachovia Commercial Mortgage Loan Warehouse Corporation
Wachovia Community Development Enterprises I, LLC
Wachovia Community Development Enterprises II, LLC
Wachovia Community Development Enterprises III, LLC
Wachovia Community Development Enterprises V, LLC
Wachovia CRE CDO 2006-1 Investor, LLC
    Wachovia CRE CDO 2006-1, Ltd
Wachovia CRE CDO 2006-1, LLC
Wachovia Dealer Services, Inc.
    WDS Receivables LLC
        Wachovia Auto Owner Trust 2007-A
        Wachovia Auto Owner Trust 2008-A
        Wachovia Auto Loan Owner Trust 2006-1
        Wachovia Auto Loan Owner Trust 2006-2
        Wachovia Auto Loan Owner Trust 2007-1
        Wachovia Auto Loan Owner Trust 2008-1
    WDS Receivables 2 LLC
    WestFin Insurance Agency, Inc
    WFS Funding, Inc
        WFS Financial 2005-A Owner Trust
    WFS Receivables Corporation
        WFS Financial 2002-2 Owner Trust
        WFS Financial 2002-4 Owner Trust
    WFS Receivables Corporation 3
        WFS Financial 2002-3 Owner Trust
        WFS Financial 2003-1 Owner Trust
        WFS Financial 2003-2 Owner Trust
        WFS Financial 2003-4 Owner Trust
        WFS Financial 2004-2 Owner Trust
        WFS Financial 2004-3 Owner Trust
        WFS Financial 2004-4 Owner Trust
        WFS Financial 2005-1 Owner Trust
        WFS Financial 2005-2 Owner Trust
        WFS Financial 2005-3 Owner Trust
    WFS Web Investments
Wachovia Defeasance 3409 PRIMM III LLC
Wachovia Defeasance 601 Valley III LLC
Wachovia Defeasance Alta Mira Shopping Center LLC
Wachovia Defeasance BACM 2000-2 LLC
Wachovia Defeasance BACM 2001-PB1 LLC
Wachovia Defeasance BACM 2001-PB1 III LLC
Wachovia Defeasance BACM 2001-1 LLC
Wachovia Defeasance BACM 2002-2 LLC
Wachovia Defeasance BACM 2003-1 LLC
Wachovia Defeasance BOA-FUNB 2001-3 LLC
Wachovia Defeasance BOA-FUNB 2001-3 III LLC
Wachovia Defeasance BOA-FUNB 2001-3 CAC V-CRIT Portfolio LLC
Wachovia Defeasance BSCMS 1999-C1 LLC
Wachovia Defeasance BSCMS 1999-C1 II LLC
Wachovia Defeasance BSCMS 1999-C1 III LLC
Wachovia Defeasance BSCMS 1999-WF2 LLC
Wachovia Defeasance BSCMS 1999-WF2 III LLC
Wachovia Defeasance BSCMS 2000-WF1 LLC
Wachovia Defeasance BSCMS 2000-WF2 LLC
Wachovia Defeasance BSCMS 2001-TOP2 LLC
Wachovia Defeasance BSCMS 2002-PBW1 LLC
Wachovia Defeasance BSCMS 2002-Top6 LLC
Wachovia Defeasance BSCMS 2003-Top6 III LLC
Wachovia Defeasance BSCMS 2003-Top10 LLC
Wachovia Defeasance BSCMS 2003-Top12 LLC
Wachovia Defeasance BSCMS 2004-PWR3 LLC
Wachovia Defeasance BSCMS 2004-TOP16 525 Vine Street LLC
Wachovia Defeasance BSCMS 2004-TOP16 III LLC
Wachovia Defeasance BSCMS 2005-TOP18 LLC
Wachovia Defeasance BSCMS 2005-TOP18 III LLC
Wachovia Defeasance Chase 1997-2 LLC
Wachovia Defeasance Chase 1999-2 LLC
Wachovia Defeasance Chase 1999-2 II LLC
Wachovia Defeasance Chase 1999-2 III LLC
Wachovia Defeasance Chase 2000-1 LLC
Wachovia Defeasance Chase 2000-1 II LLC
Wachovia Defeasance CHASE 2000-1 III LLC
Wachovia Defeasance Chase 2000-2 LLC
Wachovia Defeasance CHASE 2000-2 III LLC
Wachovia Defeasance Chase 2000-3 LLC
Wachovia Defeasance CHASE 2000-3 III LLC
Wachovia Defeasance Chase-FUNB 1999-1 LLC
Wachovia Defeasance Chase-FUNB 1999-1 II LLC
Wachovia Defeasance CHASE-FUNB 1999-1 II CPT Apartments LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance Chase-FUNB 1999-1 Mazal LLC
Wachovia Defeasance Citigroup 2004-C1 LLC
Wachovia Defeasance Citigroup 2004-C1 CF West Palm LLC
Wachovia Defeasance Citigroup 2004-C1 Seaboard Associates LLC
Wachovia Defeasance CITIGROUP 2005-C3 LLC
Wachovia Defeasance CMAC 1999-C1 LLC
Wachovia Defeasance CMLB 2001-1 LLC
Wachovia Defeasance CSFB 1997-C1 LLC
Wachovia Defeasance CSFB 1997-C2 LLC
Wachovia Defeasance CSFB 1998-C2 LLC
Wachovia Defeasance CSFB 1998-C2 II LLC
Wachovia Defeasance CSFB 1999-C1 LLC
Wachovia Defeasance CSFB 2000-C1 LLC
Wachovia Defeasance CSFB 2001-CF2 LLC
Wachovia Defeasance CSFB 2001-CK1 LLC
Wachovia Defeasance CSFB 2001-CK3 III LLC
Wachovia Defeasance CSFB 2001-CK3 LLC
Wachovia Defeasance CSFB 2001-CKN5 LLC
Wachovia Defeasance CSFB 2001-CP4 LLC
Wachovia Defeasance CSFB 2002-CKP1 LLC
Wachovia Defeasance CSFB 2002-CKS4 LLC
Wachovia Defeasance CSFB 2002-CP5 LLC
Wachovia Defeasance CSFB 2003-C3 LLC
Wachovia Defeasance CSFB 2003-CK2 LLC
Wachovia Defeasance CSFB 2003-CPN1 LLC
Wachovia Defeasance CSFB 2003-C5 LLC
Wachovia Defeasance CSFB 2004-C1 LLC
Wachovia Defeasance CSFB 2004-C2 LLC
Wachovia Defeasance CSFB 2004-C3 III LLC
Wachovia Defeasance CSFB 2005-C1 III LLC
Wachovia Defeasance CSFB 2005-C2 III LLC
Wachovia Defeasance CSFB 2005-C2 Penn's Landing LLC
Wachovia Defeasance CSFB 2005-C3 III LLC
Wachovia Defeasance CSFB 2005-C6 III LLC
Wachovia Defeasance CSFB 2005-C6 III-KEYCORP LLC
Wachovia Defeasance DLJ 1998-CG1 LLC
Wachovia Defeasance DLJ 1998-CG1 II LLC
Wachovia Defeasance DLJ 1998-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG1 LLC
Wachovia Defeasance DLJ 1999-CG1 II LLC
Wachovia Defeasance DLJ 1999-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG2 LLC
Wachovia Defeasance DLJ 1999-CG2 II LLC
Wachovia Defeasance DLJ 1999-CG2 III LLC
Wachovia Defeasance DLJ 1999-CG3 LLC
Wachovia Defeasance DLJ 1999-CG3 II LLC
Wachovia Defeasance DLJ 1999-CG3 III LLC
Wachovia Defeasance DLJ 2000-CF1 LLC
Wachovia Defeasance DLJ 2000-CKP1 LLC
Wachovia Defeasance FUCM 1999-C4 LLC
Wachovia Defeasance FUCM 1999-C4 II LLC
Wachovia Defeasance FU-LB II 1997-C2 LLC
Wachovia Defeasance FU-LB 1997-C1 LLC
Wachovia Defeasance FU-LB-BOA 1998-C2 LLC
Wachovia Defeasance FUNB 1999-C1 LLC
Wachovia Defeasance FUNB 1999-C1 III LLC
Wachovia Defeasance FUNB 1999-C1 III LLC
Wachovia Defeasance FUNB 1999-C4 LLC
Wachovia Defeasance FUNB 1999-C4 ML Windsor-ML Hammocks LLC
Wachovia Defeasance FUNB 2000-C1 LLC
Wachovia Defeasance FUNB 2000-C1 III LLC
Wachovia Defeasance FUNB 2000-C1 POOL SB LLC
Wachovia Defeasance FUNB 2000-C2 LLC
Wachovia Defeasance FUNB 2000-C2 II LLC
Wachovia Defeasance FUNB 2000-C2 III LLC
Wachovia Defeasance FUNB 2000-C2 Phoenix Crowne LLC
Wachovia Defeasance FUNB 2001-C2 LLC
Wachovia Defeasance FUNB 2001-C2 III LLC
Wachovia Defeasance FUNB 2001-C3 LLC
Wachovia Defeasance FUNB 2001-C3 III LLC
Wachovia Defeasance FUNB 2001-C3 CAC II LLC
Wachovia Defeasance FUNB 2001-C4 LLC
Wachovia Defeasance FUNB 2001-C4 CRIT Portfolio LLC
Wachovia Defeasance FUNB 2001-C4 CRIT-VA IV LLC
Wachovia Defeasance FUNB 2002-C1 LLC
Wachovia Defeasance FUNB 2002-C1 III LLC
Wachovia Defeasance FUNB 2002-C1 CRIT-VA V LLC
Wachovia Defeasance FUNB 2002-C1 Madison Sixty LLC
Wachovia Defeasance FUNB-BOA 2001-C1 LLC
Wachovia Defeasance FUNB-BOA 2001-C1 II LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT NC) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT VA) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 POOL SB LLC
Wachovia Defeasance FUNB-Chase 1999-C2 LLC
Wachovia Defeasance FUNB-Chase 1999-C2 III LLC
Wachovia Defeasance GE 2002-2 LLC
Wachovia Defeasance GE 2002-2 II LLC
Wachovia Defeasance GE 2002-2 183 Madison LLC
Wachovia Defeasance GECCMC 2000-1 LLC
Wachovia Defeasance GECCMC 2000-1 III LLC
Wachovia Defeasance GECCMC 2001-1 LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance GECCMC 2001-1 I LLC
Wachovia Defeasance GECCMC 2001-1 III LLC
Wachovia Defeasance GECCMC 2001-2 LLC
Wachovia Defeasance GECCMC 2001-2 II LLC
Wachovia Defeasance GECCMC 2001-2 III LLC
Wachovia Defeasance GECCMC 2001-3 LLC
Wachovia Defeasance GECCMC 2001-3 II LLC
Wachovia Defeasance GECCMC 2001-3 III LLC
Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
Wachovia Defeasance GECCMC 2002-1 Culver Center West LLC
Wachovia Defeasance GECCMC 2002-1 LLC
Wachovia Defeasance GECCMC 2002-2 LLC
Wachovia Defeasance GECCMC 2002-2 Wils Group FLP LLC
Wachovia Defeasance GECCMC 2002-3 LLC
Wachovia Defeasance GECCMC 2003-C2 LLC
Wachovia Defeasance GECCMC 2003-C2 Culver Center East LLC
Wachovia Defeasance GECCMC 2004-C2 LLC
Wachovia Defeasance GECCMC 2004-C2 POOL SB LLC
Wachovia Defeasance GECCMC 2004-C2 Stefan Associates LLC
Wachovia Defeasance GECCMC 2005-C1 PIL I LLC
Wachovia Defeasance GECCMC 2006-C1 III LLC
Wachovia Defeasance GECC-Subway LLC
Wachovia Defeasance GECMC 2003-C1 LLC
Wachovia Defeasance GECMC 2004-C2 III LLC
Wachovia Defeasance GMAC 1997-C1 LLC
Wachovia Defeasance GMAC 1998-C2 LLC
Wachovia Defeasance GMAC 1999-C1 LLC
Wachovia Defeasance GMAC 1999-C2 LLC
Wachovia Defeasance GMAC 2000-C3 LLC
Wachovia Defeasance GMAC 2001-C1 LLC
Wachovia Defeasance GMAC 2001-C2 LLC
Wachovia Defeasance GMAC 2002-C1 LLC
Wachovia Defeasance GMAC 2002-C2 LLC
Wachovia Defeasance GMAC 2002-C3 LLC
Wachovia Defeasance GMAC 2003-C1 LLC
Wachovia Defeasance GMAC 2003-C2 LLC
Wachovia Defeasance GMACCM 1997-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 III LLC
Wachovia Defeasance GREENWICH 2002-C1 III LLC
Wachovia Defeasance Greenwich 2002-C1 Landmark IV LLC
Wachovia Defeasance Greenwich 2003-C1 LLC
Wachovia Defeasance Greenwich 2003-C2 LLC
Wachovia Defeasance Greenwich 2004-GG1 LLC
Wachovia Defeasance GREENWICH 2005-GG5 III LLC
Wachovia Defeasance GS 1998-C1 LLC
Wachovia Defeasance GS 2004-C1 LLC
Wachovia Defeasance GSMSC II 1999-C1 LLC
Wachovia Defeasance GSMSC II 2003-C1 LLC
Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC
Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
Wachovia Defeasance HF 1999-PH1 LLC
Wachovia Defeasance HF 1999-PH1 II LLC
Wachovia Defeasance HF 1999-PH1 III LLC
Wachovia Defeasance HF 2000 PH-1 LLC
Wachovia Defeasance JPMC 1999-C7 LLC
Wachovia Defeasance JPMC 1999-PLS1 LLC
Wachovia Defeasance JPMC 2000-C9 LLC
Wachovia Defeasance JPMC 2000-C10 LLC
Wachovia Defeasance JPMC 2001-C1 LLC
Wachovia Defeasance JPMC 2001-C1 III LLC
Wachovia Defeasance JPMC 2001-CIBC1 LLC
Wachovia Defeasance JPMC 2001-CIBC2 LLC
Wachovia Defeasance JPMC 2001-CIBC3 LLC
Wachovia Defeasance JPMC 2001-CIBC3 III LLC
Wachovia Defeasance JPMC 2002-C1 LLC
Wachovia Defeasance JPMC 2002-C1 II LLC
Wachovia Defeasance JPMC 2002-C1 III LLC
Wachovia Defeasance JPMC 2002-C2 LLC
Wachovia Defeasance JPMC 2002-C2 III LLC
Wachovia Defeasance JPMC 2002-C3 LLC
Wachovia Defeasance JPMC 2002-CIBC4 LLC
Wachovia Defeasance JPMC 2002-CIBC5 LLC
Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
Wachovia Defeasance JPMC 2002-CIBC5 III LLC
Wachovia Defeasance JPMC 2003-C1 LLC
Wachovia Defeasance JPMC 2003-C1BC6 LLC
Wachovia Defeasance JPMC 2003-CIBC6 CP Deerfield LLC
Wachovia Defeasance JPMC 2003-CIBC7 LLC
Wachovia Defeasance JPMC 2003-LN1 LLC
Wachovia Defeasance JPMC 2003-ML1 LLC
Wachovia Defeasance JPMC 2003-PM1 LLC
Wachovia Defeasance JPMC 2003-PM1 Battery Commercial LLC
Wachovia Defeasance JPMC 2004-CIBC10 LLC
Wachovia Defeasance JPMC 2004-C2 LLC
Wachovia Defeasance JPMC 2004-C3 LLC
Wachovia Defeasance JPMC 2005-LDP1 LLC
Wachovia Defeasance JPMC 2005-LDP2 LLC
Wachovia Defeasance JPMC 2005-LDP2 III LLC
Wachovia Defeasance JPMC 2006-LDP7 III LLC
Wachovia Defeasance LB 1998-C1 LLC
Wachovia Defeasance LB 1998-C4 LLC
Wachovia Defeasance LB 1998-C4 II LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance LB 1998-C4 III LLC
Wachovia Defeasance LB 1998-C4 II Ardsey Associates LLC
Wachovia Defeasance LB 1999-C1 LLC
Wachovia Defeasance LB 1999-C1 II LLC
Wachovia Defeasance LB 1999-C1 III LLC
Wachovia Defeasance LB 1999-C2 LLC
Wachovia Defeasance LB 1999-C2 II LLC
Wachovia Defeasance LB 1999-C2 III LLC
Wachovia Defeasance LB-UBS 2000-C3 LLC
Wachovia Defeasance LB-UBS 2000-C3 II LLC
Wachovia Defeasance LB-UBS 2000-C3 III LLC
Wachovia Defeasance LB-UBS 2000-C4 LLC
Wachovia Defeasance LB-UBS 2000-C4 II LLC
Wachovia Defeasance LB-UBS 2000-C5 LLC
Wachovia Defeasance LB-UBS 2000-C5 III LLC
Wachovia Defeasance LB-UBS 2001-C2 LLC
Wachovia Defeasance LB-UBS 2001-C2 II LLC
Wachovia Defeasance LB-UBS 2001-C2 III LLC
Wachovia Defeasance LB-UBS 2001-C3 LLC
Wachovia Defeasance LB-UBS 2001-C3 1735 North Lynn LLC
Wachovia Defeasance LB-UBS 2001-C3 II LLC
Wachovia Defeasance LB-UBS 2001-C3 III LLC
Wachovia Defeasance LB-UBS 2001-C7 LLC
Wachovia Defeasance LB-UBS 2001-C7 II LLC
Wachovia Defeasance LB-UBS 2001-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C1 LLC
Wachovia Defeasance LB-UBS 2002-C1 400 Atlantic LLC
Wachovia Defeasance LB-UBS 2002-C1 II LLC
Wachovia Defeasance LB-UBS 2002-C2 LLC
Wachovia Defeasance LB-UBS 2002-C2 Hibbs/Woodinville LLC
Wachovia Defeasance LB-UBS 2002-C2 II LLC
Wachovia Defeasance LB-UBS 2002-C2 III LLC
Wachovia Defeasance LB-UBS 2002-C4 LLC
Wachovia Defeasance LB-UBS 2002-C4 III LLC
Wachovia Defeasance LB-UBS 2002-C7 II LLC
Wachovia Defeasance LB-UBS 2002-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C7 LLC
Wachovia Defeasance LB-UBS 2002-C7 Independence Shoppingtown
Wachovia Defeasance LB-UBS 2003-C1 LLC
Wachovia Defeasance LB-UBS 2003-C1 II LLC
Wachovia Defeasance LB-UBS 2003-C1 III LLC
Wachovia Defeasance LB-UBS 2003-C1 (Clearly) LLC
Wachovia Defeasance LB-UBS 2003-C1 Franklin Avenue LLC
Wachovia Defeasance LB-UBS 2003-C3 LLC
Wachovia Defeasance LB-UBS 2003-C3 III LLC
Wachovia Defeasance LB-UBS 2003-C5 LLC
Wachovia Defeasance LB-UBS 2003-C5 III LLC
Wachovia Defeasance LB-UBS 2003-C7 LLC
Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC
Wachovia Defeasance LB-UBS 2003-C8 LLC
Wachovia Defeasance LB-UBS 2003-C8 III LLC
Wachovia Defeasance LB-UBS 2004-C1 LLC
Wachovia Defeasance LB-UBS 2004-C4 LLC
Wachovia Defeasance LB-UBS 2004-C4 III LLC
Wachovia Defeasance LB-UBS 2004-C6 LLC
Wachovia Defeasance LB-UBS 2004-C7 LLC
Wachovia Defeasance LB-UBS 2004-C7 III LLC
Wachovia Defeasance LB-UBS 2004-C8 LLC
Wachovia Defeasance LB-UBS 2004-C8 III LLC
Wachovia Defeasance LB-UBS 2005-C7 VR Bayou LLC
Wachovia Defeasance Management LLC
Wachovia Defeasance BSCMS 1999-C1 LLC
Wachovia Defeasance Chase 1999-2 LLC
Wachovia Defeasance Chase 2000-1 LLC
Wachovia Defeasance Chase-FUNB 1999-1 LLC
Wachovia Defeasance CSFB 1998-C2 LLC
Wachovia Defeasance DLJ 1998-CG1 LLC
Wachovia Defeasance DLJ 1999-CG1 LLC
Wachovia Defeasance DLJ 1999-CG2 LLC
Wachovia Defeasance DLJ 1999-CG3 LLC
Wachovia Defeasance FUCM 1999-C4 LLC
Wachovia Defeasance FU-LB II 1997-C2 LLC
Wachovia Defeasance FUNB 1999-C1 LLC
Wachovia Defeasance FUNB 2000-C2 LLC
Wachovia Defeasance FUNB-BOA 2001-C1 LLC
Wachovia Defeasance GE 2002-2 LLC
Wachovia Defeasance GECCMC 2001-1 LLC
Wachovia Defeasance GECCMC 2001-2 LLC
Wachovia Defeasance GECCMC 2001-3 LLC
Wachovia Defeasance Greenwich 2002-C1 LLC
Wachovia Defeasance HF 1999-PH1 LLC
Wachovia Defeasance JPMC 2002-C1 LLC
Wachovia Defeasance LB 1998-C4 LLC
Wachovia Defeasance LB 1999-C1 LLC
Wachovia Defeasance LB-UBS 2000-C3 LLC
Wachovia Defeasance LB-UBS 2000-C4 LLC
Wachovia Defeasance LB-UBS 2001-C2 LLC
Wachovia Defeasance LB-UBS 2001-C3 LLC
Wachovia Defeasance LB-UBS 2001-C7 LLC
Wachovia Defeasance LB-UBS 2002-C1 LLC
Wachovia Defeasance LB-UBS 2002-C7 LLC
Wachovia Defeasance LB-UBS 2003-C1 LLC
Wachovia Defeasance MLMI 1998-C2 LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance Management II LLC
Wachovia Defeasance Alta Mira Shopping Center LLC
Wachovia Defeasance BACM 2000-2 LLC
Wachovia Defeasance BACM 2002-2 LLC
Wachovia Defeasance BACM 2001-1 LLC
Wachovia Defeasance BACM 2001-PB1 LLC
Wachovia Defeasance BACM 2003-1 LLC
Wachovia Defeasance BOA-FUNB 2001-3 LLC
Wachovia Defeasance BOA-FUNB 2001-3 CAC V-CRIT Portfolio LLC
Wachovia Defeasance BSCMS 1999-C1 II LLC
Wachovia Defeasance BSCMS 1999-WF2 LLC
Wachovia Defeasance BSCMS 2000-WF1 LLC
Wachovia Defeasance BSCMS 2000-WF2 LLC
Wachovia Defeasance BSCMS 2001-TOP2 LLC
Wachovia Defeasance BSCMS 2002-PBW1 LLC
Wachovia Defeasance BSCMS 2002-TOP6 LLC
Wachovia Defeasance BSCMS 2003-Top10 LLC
Wachovia Defeasance BSCMS 2003-Top12 LLC
Wachovia Defeasance BSCMS 2004-PWR3 LLC
Wachovia Defeasance BSCMS 2004-TOP16 525 Vine Street LLC
Wachovia Defeasance BSCMS 2005-TOP18 LLC
Wachovia Defeasance Chase 1997-2 LLC
Wachovia Defeasance Chase 1999-2 II LLC
Wachovia Defeasance Chase 2000-1 II LLC
Wachovia Defeasance Chase 2000-2 LLC
Wachovia Defeasance Chase 2000-3 LLC
Wachovia Defeasance Chase-FUNB 1999-1 Mazal LLC
Wachovia Defeasance CHASE-FUNB 1999-1 II CPT Apartments LLC
Wachovia Defeasance Citigroup 2004-C1 LLC
Wachovia Defeasance Citigroup 2004-C1 CF West Palm LLC
Wachovia Defeasance Citigroup 2004-C1 Seaboard Associates LLC
Wachovia Defeasance CITIGROUP 2005-C3 LLC
Wachovia Defeasance CMLB 2001-1 LLC
Wachovia Defeasance CSFB 1997-C1 LLC
Wachovia Defeasance CSFB 1997-C2 LLC
Wachovia Defeasance CSFB 1998-C2 II LLC
Wachovia Defeasance CSFB 1999-C1 LLC
Wachovia Defeasance CSFB 2000-C1 LLC
Wachovia Defeasance CSFB 2001-CF2 LLC
Wachovia Defeasance CSFB 2001-CP4 LLC
Wachovia Defeasance DLJ 1998-CG1 II LLC
Wachovia Defeasance DLJ 1999-CG1 II LLC
Wachovia Defeasance DLJ 1999-CG2 II LLC
Wachovia Defeasance DLJ 1999-CG3 II LLC
Wachovia Defeasance FUCM 1999-C4 II LLC
Wachovia Defeasance FU-LB 1997-C1 LLC
Wachovia Defeasance FU-LB 1997-C2 II LLC
Wachovia Defeasance FUNB 1999-C1 II LLC
Wachovia Defeasance FUNB 1999-C4 LLC
Wachovia Defeasance FUNB 1999-C4 ML Windsor-ML Hammocks
Wachovia Defeasance FUNB 2000-C1 LLC
Wachovia Defeasance FUNB 2000-C1 POOL SB LLC
Wachovia Defeasance FUNB 2000-C2 II LLC
Wachovia Defeasance FUNB 2000-C2 Phoenix Crowne LLC
Wachovia Defeasance FUNB 2001-C2 LLC
Wachovia Defeasance FUNB 2001-C3 LLC
Wachovia Defeasance FUNB 2001-C3 CAC II LLC
Wachovia Defeasance FUNB 2001-C4 LLC
Wachovia Defeasance FUNB 2001-C4 CRIT Portfolio LLC
Wachovia Defeasance FUNB 2001-C4 CRIT-VA IV LLC
Wachovia Defeasance FUNB 2002-C1 LLC
Wachovia Defeasance FUNB 2002-C1 CRIT-VA LLC
Wachovia Defeasance FUNB 2002-C1 Madison Sixty LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT NC) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 (CRIT VA) LLC
Wachovia Defeasance FUNB-BOA 2001-C1 II LLC
Wachovia Defeasance FUNB-BOA 2001-C1 POOL SB LLC
Wachovia Defeasance FUNB-Chase 1999-C2 LLC
Wachovia Defeasance GE 2002-2 183 Madison LLC
Wachovia Defeasance GE 2002-2 II, LLC
Wachovia Defeasance GECCMC 2000-1 LLC
Wachovia Defeasance GECCMC 2001-1 II LLC
Wachovia Defeasance GECCMC 2001-2 II LLC
Wachovia Defeasance GECCMC 2001-3 II LLC
Wachovia Defeasance GECCMC 2002-1 LLC
Wachovia Defeasance GECCMC 2002-1 Cameron Crossing LLC
Wachovia Defeasance GECCMC 2002-1 Culver Center West LLC
Wachovia Defeasance GECCMC 2002-2 LLC
Wachovia Defeasance GECCMC 2002-2 Willis Group FLP LLC
Wachovia Defeasance GECCMC 2002-3 LLC
Wachovia Defeasance GECCMC 2003-C2 LLC
Wachovia Defeasance GECCMC 2003-C2 Culver Center East LLC
Wachovia Defeasance GECCMC 2004-C2 LLC
Wachovia Defeasance GECCMC 2004-C2 POOL SB LLC
Wachovia Defeasance GECCMC 2004-C2 Stefan Associates LLC
Wachovia Defeasance GECCMC 2005-C1 PIL 1 LLC
Wachovia Defeasance GECC-Subway LLC
Wachovia Defeasance GECMC 2003-C1 LLC
Wachovia Defeasance GMAC 1997-C2 LLC
Wachovia Defeasance GMAC 1998-C2 LLC
Wachovia Defeasance GMAC 1999-C1 LLC
Wachovia Defeasance GMAC 1999-C2 LLC
Wachovia Defeasance GMAC 2000-C3 LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance GMAC 2001-C1 LLC
Wachovia Defeasance GMAC 2001-C2 LLC
Wachovia Defeasance GMAC 2002-C1 LLC
Wachovia Defeasance GMAC 2002-C2 LLC
Wachovia Defeasance GMAC 2002-C3 LLC
Wachovia Defeasance GMAC 2003-C1 LLC
Wachovia Defeasance GMAC 2003-C2 LLC
Wachovia Defeasance GMACCM 1997-C1 LLC
Wachovia Defeasance Greenwich 2002-C1 II LLC
Wachovia Defeasance Greenwich 2002-C1 Landmark IV LLC
Wachovia Defeasance Greenwich 2003-C1 LLC
Wachovia Defeasance Greenwich 2003-C2 LLC
Wachovia Defeasance Greenwich 2004-GG1 LLC
Wachovia Defeasance GS 1998-C1 LLC
Wachovia Defeasance GS 2004-C1 LLC
Wachovia Defeasance GSMSC II 1999-C1 LLC
Wachovia Defeasance GSMSC II 2003-C1 LLC
Wachovia Defeasance GSMSC II 2004-GG2 1410 Broadway LLC
Wachovia Defeasance GSMSC II 2004-GG2 1441 Broadway LLC
Wachovia Defeasance HF 1999-PH1 II LLC
Wachovia Defeasance JPMC 2001-CIBC1 LLC
Wachovia Defeasance JPMC 2001-CIBC3 LLC
Wachovia Defeasance JPMC 2002-CIBC5 LLC
Wachovia Defeasance JPMC 2002-CIBC5 CP Pembroke Pines LLC
Wachovia Defeasance JPMC 2002-C1 II LLC
Wachovia Defeasance JPMC 2002-C2 LLC
Wachovia Defeasance JPMC 2002-C3 LLC
Wachovia Defeasance JPMC 2003-C1 LLC
Wachovia Defeasance JPMC 2003-C1BC6 LLC
Wachovia Defeasance JPMC 2003-C1BC6 CP Deerfield LLC
Wachovia Defeasance JPMC 2003-LN1 LLC
Wachovia Defeasance JPMC 2003-ML1 LLC
Wachovia Defeasance JPMC 2003-PM1 Battery Commercial LLC
Wachovia Defeasance JPMC 2004-CIBC10 LLC
Wachovia Defeasance JPMC 2004-C2 LLC
Wachovia Defeasance JPMC 2004-C3 LLC
Wachovia Defeasance JPMC 2005-LDP2 LLC
Wachovia Defeasance LB 1998-C1 LLC
Wachovia Defeasance LB 1998-C4 II LLC
Wachovia Defeasance LB 1998-C4 II Ardsley Associates LLC
Wachovia Defeasance LB 1999-C1 II LLC
Wachovia Defeasance LB 1999-C2 LLC
Wachovia Defeasance LB 1999-C2 II LLC
Wachovia Defeasance LB-UBS 2000-C3 II LLC
Wachovia Defeasance LB-UBS 2000-C5 LLC
Wachovia Defeasance LB-UBS 2001-C2 II LLC
Wachovia Defeasance LB-UBS 2001-C3 1735 North Lynn LLC
Wachovia Defeasance LB-UBS 2001-C3 II LLC
Wachovia Defeasance LB-UBS 2001-C7 II LLC
Wachovia Defeasance LB-UBS 2002-C1 400 Atlantic LLC
Wachovia Defeasance LB-UBS 2002-C1 II LLC
Wachovia Defeasance LB-UBS 2002-C2 LLC
Wachovia Defeasance LB-UBS 2002-C2 Hibbs/Woodinville LLC
Wachovia Defeasance LB-UBS 2002-C2 II LLC
Wachovia Defeasance LB-UBS 2002-C4 LLC
Wachovia Defeasance LB-UBS 2002-C7 Independence
Wachovia Defeasance LB-UBS 2002-C7 II LLC
Wachovia Defeasance LB-UBS 2003-C1 (Clear) LLC
Wachovia Defeasance LB-UBS 2003-C1 Franklin Avenue LLC
Wachovia Defeasance LB-UBS 2003-C1 II LLC
Wachovia Defeasance LB-UBS 2003-C3 LLC
Wachovia Defeasance LB-UBS 2003-C5 LLC
Wachovia Defeasance LB-UBS 2003-C7 LLC
Wachovia Defeasance LB-UBS 2003-C7 (Getty) LLC
Wachovia Defeasance LB-UBS 2003-C8 LLC
Wachovia Defeasance LB-UBS 2004-C1 LLC
Wachovia Defeasance LB-UBS 2004-C4 LLC
Wachovia Defeasance LB-UBS 2004-C6 LLC
Wachovia Defeasance LB-UBS 2004-C7 LLC
Wachovia Defeasance LB-UBS 2004-C8 LLC
Wachovia Defeasance LB-UBS 2005-C7 VR Bayou LLC
Wachovia Defeasance MCF 1998-MC3 LLC
Wachovia Defeasance MLMI 1998-C2 II LLC
Wachovia Defeasance MLMI 1998-C3 LLC
Wachovia Defeasance MLMI 2002-MW1 LLC
Wachovia Defeasance MLMI 2005-CKI1 LLC
Wachovia Defeasance MSCI 1998-CF1 LLC
Wachovia Defeasance MSCI 1998-HF2 LLC
Wachovia Defeasance MSCI 1998-WF2 LLC
Wachovia Defeasance MSCI 1999-FNV1 LLC
Wachovia Defeasance MSCI 1999-LIFE1 LLC
Wachovia Defeasance MSCI 1999-RM1 LLC
Wachovia Defeasance MSCI 1999-WF1 LLC
Wachovia Defeasance MSCI 2003-IQ4 LLC
Wachovia Defeasance MSCI 2003-IQ5 LLC
Wachovia Defeasance MSCI 2003-IQ6 LLC
Wachovia Defeasance MSCI 2003-Top11 LLC
Wachovia Defeasance MSCI 2004-HQ3 LLC
Wachovia Defeasance MSCI 2004-IQ7 LLC
Wachovia Defeasance MSCI 2004-TOP15 LLC
Wachovia Defeasance MSCI 2005-TOP19 LLC
Wachovia Defeasance MSDWCI 2000-LIFE1 LLC
Wachovia Defeasance MSDWCI 2000-Life2 LLC

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Wachovia Defeasance MSDWCI 2001-Top5 LLC
Wachovia Defeasance MSDWCI 2002-Top7 LLC
Wachovia Defeasance MSDWCI 2003-HQ2 LLC
Wachovia Defeasance PNCMAC 1999-CM1 LLC
Wachovia Defeasance PSSFC 1999-NRF1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 PAL-MED LLC
Wachovia Defeasance River Terrace LLC
Wachovia Defeasance SBMS 2000-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 LLC
Wachovia Defeasance Wachovia 2002-C1 LLC
Wachovia Defeasance Wachovia 2002-C2 LLC
Wachovia Defeasance Wachovia 2002-C2 Lawndale Market Place
Wachovia Defeasance Wachovia 2003-C3 LLC
Wachovia Defeasance Wachovia 2003-C3 Big Trout Lodge LLC
Wachovia Defeasance Wachovia 2003-C3 Gaddis LLC
Wachovia Defeasance Wachovia 2003-C4 LLC
Wachovia Defeasance Wachovia 2003-C5 LLC
Wachovia Defeasance Wachovia 2003-C6 LLC
Wachovia Defeasance Wachovia 2003-C6 John & Son's LLC
Wachovia Defeasance Wachovia 2003-C7 LLC
Wachovia Defeasance Wachovia 2003-C8 LLC
Wachovia Defeasance Wachovia 2003-C9 LLC
Wachovia Defeasance Wachovia 2004-C10 LLC
Wachovia Defeasance Wachovia 2004-C12 LLC
Wachovia Defeasance Wachovia 2004-C14 LLC
Wachovia Defeasance Wachovia 2004-C14 Amstar LLC
Wachovia Defeasance Wachovia 2004-C14 Lenexa LLC
Wachovia Defeasance Wachovia 2004-C15 LLC
Wachovia Defeasance Wachovia 2005-C16 LLC
Wachovia Defeasance Wachovia 2005-C17 LLC
Wachovia Defeasance Wachovia 2005-C17 450 Partners LLC
Wachovia Defeasance Wachovia 2005-C18 LLC
Wachovia Defeasance Wachovia 2005-C20 LLC
Wachovia Defeasance Wachovia 2005-C21 LLC
Wachovia Defeasance Management III LLC
Wachovia Defeasance 3409 PRIMM III LLC
Wachovia Defeasance 601 Valley III LLC
Wachovia Defeasance BACM 2001-PB1 III LLC
Wachovia Defeasance BOA-FUNB 2001-3 III LLC
Wachovia Defeasance BSCMS 1999-C1 III LLC
Wachovia Defeasance BSCMS 1999-WF2 III LLC
Wachovia Defeasance BSCMS 2003-TOP10 III LLC
Wachovia Defeasance BSCMS 2004-TOP16 III LLC
Wachovia Defeasance BSCMS 2005-TOP18 III LLC
Wachovia Defeasance CHASE 1999-2 III LLC
Wachovia Defeasance CHASE 2000-1 III LLC
Wachovia Defeasance CHASE 2000-2 III LLC
Wachovia Defeasance CHASE 2000-3 III LLC
Wachovia Defeasance CSFB 2005-C1 III LLC
Wachovia Defeasance DLJ 1998-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG1 III LLC
Wachovia Defeasance DLJ 1999-CG2 III LLC
Wachovia Defeasance DLJ 1999-CG3 III LLC
Wachovia Defeasance FUNB-CHASE 1999-C2 III LLC
Wachovia Defeasance FUNB 1999-C1 III LLC
Wachovia Defeasance FUNB 1999-C4 III LLC
Wachovia Defeasance FUNB 2000-C1 III LLC
Wachovia Defeasance FUNB 2000-C2 III LLC
Wachovia Defeasance FUNB 2001-C2 III LLC
Wachovia Defeasance FUNB 2001-C3 III LLC
Wachovia Defeasance FUNB 2002-C1 III LLC
Wachovia Defeasance GECCMC 2000-1 III LLC
Wachovia Defeasance GECCMC 2001-1 III LLC
Wachovia Defeasance GECCMC 2001-2 III LLC
Wachovia Defeasance GECCMC 2001-3 III LLC
Wachovia Defeasance GECCMC 2006-C1 III LLC
Wachovia Defeasance GECMC 2004-C2 III LLC
Wachovia Defeasance GREENWICH 2002-C1 III LLC
Wachovia Defeasance GREENWICH 2005-GG5 III LLC
Wachovia Defeasance HF 1999-PH1 III LLC
Wachovia Defeasance JPMC 2001-CIBC3 III LLC
Wachovia Defeasance JPMC 2002-C1 III LLC
Wachovia Defeasance JPMC 2002-C2 III LLC
Wachovia Defeasance JPMC 2002-CIBC5 III LLC
Wachovia Defeasance JPMC 2005-LDP2 III LLC
Wachovia Defeasance JPMC 2006-LDP7 III LLC
Wachovia Defeasance LB 1998-C4 III LLC
Wachovia Defeasance LB 1999-C1 III LLC
Wachovia Defeasance LB 1999-C2 III LLC
Wachovia Defeasance LB-UBS 2000-C3 III LLC
Wachovia Defeasance LB-UBS 2000-C5 III LLC
Wachovia Defeasance LB-UBS 2001-C2 III LLC
Wachovia Defeasance LB-UBS 2001-C3 III LLC
Wachovia Defeasance LB-UBS 2001-C7 III LLC
Wachovia Defeasance LB-UBS 2002-C2 III LLC
Wachovia Defeasance LB-UBS 2002-C4 III LLC
Wachovia Defeasance LB-UBS 2002-C7 III LLC
Wachovia Defeasance LB-UBS 2003-C1 III LLC
Wachovia Defeasance LB-UBS 2003-C3 III LLC
Wachovia Defeasance LB-UBS 2003-C5 III LLC
Wachovia Defeasance LB-UBS 2003-C8 III LLC
Wachovia Defeasance LB-UBS 2004-C4 III LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance LB-UBS 2004-C7 NI LLC
Wachovia Defeasance LB-UBS 2004-C8 III LLC
Wachovia Defeasance MLMI 1998-C2 III LLC
Wachovia Defeasance MLMI 2002-MW1 III LLC
Wachovia Defeasance MLMI 2005-CKI1 III LLC
Wachovia Defeasance MSCI 2004-TOP15 III LLC
Wachovia Defeasance MSDWCI 2001-TOP5 III LLC
Wachovia Defeasance MSDWCI 2002-TOP7 III LLC
Wachovia Defeasance Wachovia 2002-C1 III LLC
Wachovia Defeasance Wachovia 2002-C2 III LLC
Wachovia Defeasance Wachovia 2003-C3 III LLC
Wachovia Defeasance Wachovia 2003-C5 III LLC
Wachovia Defeasance Wachovia 2003-C7 III LLC
Wachovia Defeasance Wachovia 2004-C10 III LLC
Wachovia Defeasance WACHOVIA 2004-C12 III LLC
Wachovia Defeasance Wachovia 2004-C14 III LLC
Wachovia Defeasance Wachovia 2004-C15 III LLC
Wachovia Defeasance Wachovia 2005-C16 III LLC
Wachovia Defeasance Wachovia 2005-C17 III LLC
Wachovia Defeasance Wachovia 2005-C20 III LLC
Wachovia Defeasance Wachovia 2005-C22 III LLC
Wachovia Defeasance Wachovia 2006-C23 III LLC
Wachovia Defeasance Wachovia 2006-C24 III LLC
Wachovia Defeasance Wachovia 2006-C25 III LLC
Wachovia Defeasance Management-KeyCorp LLC
Wachovia Defeasance CSFB 2001-CK1 LLC
Wachovia Defeasance CSFB 2001-CK3 LLC
Wachovia Defeasance CSFB 2001-CKN5 LLC
Wachovia Defeasance CSFB 2002-CKS4 LLC
Wachovia Defeasance CSFB 2003-C3 LLC
Wachovia Defeasance CSFB 2003-CK2 LLC
Wachovia Defeasance CSFB 2004-C1 LLC
Wachovia Defeasance CSFB 2004-C2 LLC
Wachovia Defeasance CSFB 2005-C2 Penn's Landing LLC
Wachovia Defeasance CSFB 2005-C2 III LLC
Wachovia Defeasance DLJ 2000-CKP1 LLC
Wachovia Defeasance FU-LB-BOA 1998-C2 LLC
Wachovia Defeasance JPMC 2000-C9 LLC
Wachovia Defeasance LB-UBS 2000-C4 II LLC
Wachovia Defeasance MLMI 2005-MKB2 LLC
Wachovia Defeasance MLMT 2004-MKB1 LLC
Wachovia Defeasance PMAC 1999-C1 LLC
Wachovia Defeasance PSSFC 1998-C11 LLC
Wachovia Defeasance Management-KeyCorp III LLC
Wachovia Defeasance CSFB 2001-CK3 III LLC
Wachovia Defeasance CSFB 2005-C6 III-KEYCORP LLC
Wachovia Defeasance Management-Midland LLC
Wachovia Defeasance CMAC 1999-C1 LLC
Wachovia Defeasance CSFB 2002-CKP1 LLC
Wachovia Defeasance CSFB 2002-CP5 LLC
Wachovia Defeasance CSFB 2003-CPN1 LLC
Wachovia Defeasance CSFB 2003-C5 LLC
Wachovia Defeasance DLJ 2000-CF1 LLC
Wachovia Defeasance HF 2000 PH-1 LLC
Wachovia Defeasance JPMC 1999-C7 LLC
Wachovia Defeasance JPMC 1999-PLSI-1 LLC
Wachovia Defeasance JPMC 2000-C10 LLC
Wachovia Defeasance JPMC 2001-C1 LLC
Wachovia Defeasance JPMC 2001-CIBC2 LLC
Wachovia Defeasance JPMC 2002-CIBC4 LLC
Wachovia Defeasance JPMC 2003-CIBC7 LLC
Wachovia Defeasance JPMC 2003-PM1 LLC
Wachovia Defeasance JPMC 2005-LDP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 PVA III LLC
Wachovia Defeasance PNCMAC 2000-C1 LLC
Wachovia Defeasance PNCMAC 2001-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 Wellington Place LLC
Wachovia Defeasance SBMS VII 2001-C1 LLC
Wachovia Defeasance SBMS VII 2001-C2 LLC
Wachovia Defeasance Management-Midland III LLC
Wachovia Defeasance CSFB 2004-C3 III LLC
Wachovia Defeasance CSFB 2005-C3 III LLC
Wachovia Defeasance CSFB 2005-C6 III LLC
Wachovia Defeasance JPMC 2001-C1 III LLC
Wachovia Defeasance MCF 1998-MC3 LLC
Wachovia Defeasance MLMI 1998-C2 LLC
Wachovia Defeasance MLMI 1998-C2 II LLC
Wachovia Defeasance MLMI 1998-C3 LLC
Wachovia Defeasance MLMI 2002-MW1 LLC
Wachovia Defeasance MLMI 2002-MW1 III LLC
Wachovia Defeasance MLMI 2005-CKI1 III LLC
Wachovia Defeasance MLMI 2005-MCP1 LLC
Wachovia Defeasance MLMI 2005-MCP1 PVA III LLC
Wachovia Defeasance MLMI 2005-MKB2 LLC
Wachovia Defeasance MLMI 2005-CKI1 LLC
Wachovia Defeasance MLMT 2004-MKB1 LLC
Wachovia Defeasance MSCI 1998-CF1 LLC
Wachovia Defeasance MSCI 1998-HF2 LLC
Wachovia Defeasance MSCI 1998-WF2 LLC
Wachovia Defeasance MSCI 1999-FNV1 LLC
Wachovia Defeasance MSCI 1999-LIFE1 LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Defeasance MSCI 1999-RM1 LLC
Wachovia Defeasance MSCI 1999-WF1 LLC
Wachovia Defeasance MSCI 2003-IQ4 LLC
Wachovia Defeasance MSCI 2003-IQ5 LLC
Wachovia Defeasance MSCI 2003-IQ6 LLC
Wachovia Defeasance MSCI 2003-Top11 LLC
Wachovia Defeasance MSCI 2004-HQ3 LLC
Wachovia Defeasance MSCI 2004-IQ7 LLC
Wachovia Defeasance MSCI 2004-TOP15 LLC
Wachovia Defeasance MSCI 2004-TOP15 III LLC
Wachovia Defeasance MSCI 2005-TOP19 LLC
Wachovia Defeasance MSDWCI 2000-LIFE1 LLC
Wachovia Defeasance MSDWCI 2001-Life2 LLC
Wachovia Defeasance MSDWCI 2001-Top5 LLC
Wachovia Defeasance MSDWCI 2001-TOP5 III LLC
Wachovia Defeasance MSDWCI 2002-TOP7 III LLC
Wachovia Defeasance MSDWCI 2002-Top7 LLC
Wachovia Defeasance MSDWCI 2003-HQ2 LLC
Wachovia Defeasance PMAC 1999-C1 LLC
Wachovia Defeasance PNCMAC 1999-CM1 LLC
Wachovia Defeasance PNCMAC 2000-C1 LLC
Wachovia Defeasance PNCMAC 2001-C1 LLC
Wachovia Defeasance PSSFC 1998-C1 LLC
Wachovia Defeasance PSSFC 1999-NRF1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 LLC
Wachovia Defeasance PSSFC 2003-PWR1 PAL-MED LLC
Wachovia Defeasance River Terrace LLC
Wachovia Defeasance SBMS 2000-C1 LLC
Wachovia Defeasance SBMS VII 2000-C3 LLC
Wachovia Defeasance SBMS VII 2000-C3 Wellington Place LLC
Wachovia Defeasance SBMS VII 2001-C1 LLC
Wachovia Defeasance SBMS VII 2001-C2 LLC
Wachovia Defeasance Wachovia 2002-C1 LLC
Wachovia Defeasance Wachovia 2002-C1 III LLC
Wachovia Defeasance Wachovia 2002-C2 LLC
Wachovia Defeasance Wachovia 2002-C2 III LLC
Wachovia Defeasance Wachovia 2002-C2 Lawndale Market Place LLC
Wachovia Defeasance Wachovia 2003-C3 LLC
Wachovia Defeasance Wachovia 2003-C3 Big Trout Lodge LLC
Wachovia Defeasance Wachovia 2003-C3 Gaddis LLC
Wachovia Defeasance Wachovia 2003-C3 III LLC
Wachovia Defeasance Wachovia 2003-C4 LLC
Wachovia Defeasance Wachovia 2003-C5 LLC
Wachovia Defeasance Wachovia 2003-C5 III LLC
Wachovia Defeasance Wachovia 2003-C6 LLC
Wachovia Defeasance Wachovia 2003-C6 John & Son's LLC
Wachovia Defeasance Wachovia 2003-C7 LLC
Wachovia Defeasance Wachovia 2003-C7 III LLC
Wachovia Defeasance Wachovia 2003-C8 LLC
Wachovia Defeasance Wachovia 2003-C9 LLC
Wachovia Defeasance Wachovia 2004-C10 LLC
Wachovia Defeasance Wachovia 2004-C10 III LLC
Wachovia Defeasance Wachovia 2004-C12 LLC
Wachovia Defeasance WACHOVIA 2004-C12 III LLC
Wachovia Defeasance Wachovia 2004-C14 LLC
Wachovia Defeasance Wachovia 2004-C14 III LLC
Wachovia Defeasance Wachovia 2004-C14 Amstar LLC
Wachovia Defeasance Wachovia 2004-C14 Lenexa LLC
Wachovia Defeasance Wachovia 2004-C15 LLC
Wachovia Defeasance Wachovia 2004-C15 III LLC
Wachovia Defeasance Wachovia 2005-C16 LLC
Wachovia Defeasance Wachovia 2005-C16 III LLC
Wachovia Defeasance Wachovia 2005-C17 LLC
Wachovia Defeasance Wachovia 2005-C17 III LLC
Wachovia Defeasance Wachovia 2005-C17 450 Partners LLC
Wachovia Defeasance Wachovia 2005-C18 LLC
Wachovia Defeasance Wachovia 2005-C20 LLC
Wachovia Defeasance Wachovia 2005-C20 III LLC
Wachovia Defeasance Wachovia 2005-C21 III LLC
Wachovia Defeasance Wachovia 2005-C22 III LLC
Wachovia Defeasance Wachovia 2006-C23 III LLC
Wachovia Defeasance Wachovia 2006-C24 III LLC
Wachovia Defeasance Wachovia 2006-C25 III LLC
Wachovia Encryption Technologies, LLC
Wachovia Financial Services, Inc
    Dooley Transport, L.L.C.
    First Union Commercial Leasing Group, L.L.C.
    First Union Rail Corporation
        Ironbrand Capital LLC
        Railcar Investment, LLC
        Transportation Equipment Advisors, Inc
    Ironbrand Capital LLC
    Oxmoor Center, LLC
    Railcar Investment, LLC
    Structured Principal Strategies, LLC
    Wachovia International Services Private Limited
    Wachovia RE, Inc
    Wachovia Shared Resources, LLC
Wachovia Fixed Income Structured Trading Solutions, LLC
Wachovia Holdings, Inc
Wachovia Insurance Services Broker Dealer, Inc
    First Union Insurance Group Trust I
Wachovia International Banking Corporation

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Congress Financial Capital (US) Corporation
    Congress Financial Capital Corporation (Canada)
    Congress Financial Capital Company
        Congress Financial Capital Corporation (Canada)
Evergreen Worldwide Distributors, Ltd
Philadelphia International Equities, Inc.
    Philadelphia National Limited
Wachovia Capital Finance Corporation (Canada)
Wachovia Real Estate Korea, Inc.
Wells Fargo Securities International Limited
WBC Aruba N.V.
Wachovia International Services Private Limited
Wachovia Large Loan, Inc
Wachovia Mortgage Corporation
Wachovia Mortgage Loan Trust, LLC
Wachovia Netherlands Holdings, Inc.
    Danube Holdings I C.V.
        Wachovia International B.V.
            Wells Fargo Bank International
            WBI Holdings I, LLC
            WBI Holdings II, LLC
            WBI Holdings III, LLC
            WBI Holdings IV, LLC
            WBI Holdings V, LLC
            WBI Holdings VI, LLC
Wachovia Operational Services, LLC
Wachovia PASS Co., LLC
Wachovia Preferred Funding Holding Corp
    Wachovia Preferred Funding Corp
        Wachovia Preferred Realty, LLC
        Wachovia Real Estate Investment Corp
Wachovia Preferred Realty, LLC
Wachovia Residual Interest Securitization, LLC
Wachovia Service Corporation
    LG-354 Lewisville TX, LLC
Wachovia Trade Finance Corporation
Waterside Villages, LLC
WB Loan Funding 1, LLC
WB Loan Funding 2, LLC
WB Loan Funding 6 (ONSHORE), LLC
WB Loan Funding 7 (OFFSHORE), LLC
WB Loan Funding 8, LLC
WB Loan Funding 9, LLC
WB Loan Funding 10, LLC
WB Loan Funding 14, LLC
WB Loan Funding 15, LLC
WB Loan Funding 16, LLC
WB Loan Funding 17, LLC
WB Loan Funding 18, LLC
WELF Holding LLC
Wells Fargo Commercial Mortgage Securities, Inc
Wells Fargo Exchange Services, LLC
    PHH Funding, LLC
    Ryder Exchange, LLC
    TQI Exchange, LLC
    Wheels Exchange, LLC
William Byrd Hotel Associates, L P
Winchester REO, LLC
WLH 2008-1, LLC
WPFC Asset Funding LLC
WREK Retail I, LLC
Wachovia Bank of Delaware, National Association
Wachovia Capital Investments, Inc.
    Wachovia High Yield Investments Corporation
    Wachovia International Capital Corporation
    Wachovia International Servicos, LTDA
        WSH Holdings, Ltd
    Wachovia International Servicos, LTDA
Wachovia Capital Investors, Inc
Wachovia Capital Trust I
Wachovia Capital Trust II
Wachovia Capital Trust III
Wachovia Capital Trust IV
Wachovia Capital Trust V
Wachovia Capital Trust IX
Wachovia Capital Trust X
Wachovia Community Development Corporation
Wachovia Development Corporation  (Charlotte, NC)
    425 South Tryon Street, LLC
    Ao Cheng Ltd
    AZ-#3644 Jackson, LLC
    Bay Harbor Homes, LLC
    Fairways 340 LLC
    Flagstone Apartment Property, LLC
    Foresight Business Plaza Investment Company Limited
    Fullerton Towers Holdings, LLC
    Greensboro-Richmond Properties, LLC
    Hanover//FUDC Master Limited Partnership
        Villages at Warner Ranch PUD, LP
    Head Crown Development Limited
    HS-ORLANDO FL, LLC
    HSM/WDC Kansas City Portfolio, LLC
        HSM/WDC Westbrooke I, LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

HSM/WDC Westbrooke II, LLC
HSM/WDC Regency, LLC
HSM/WDC Pinetree, LLC
JC-Warren MI, LLC
Meadowmont JV, LLC
Mountain Ventures Treviso Bay, LLC
Treviso Bay Development, LLC
Oak Haven Senior Living, LLC
Oilwell Supply, L P
Phoenix Metro Holdings, LLC
Prime Era Investments Limited
PTO Holdings, LLC
R B C. Corporation
Real Sincere Group Limited
Tanford Holding Company Ltd.
THM Master TE, LLC
Vista Realty Portfolio Investments LLC
Wachovia 300 California Member, LLC
Wachovia Caveness Member, LLC
Caveness Partner, LLC
Wachovia Century Mill Member, LLC
Century Mill Investors LLC
Wachovia KW1, LLC
Hokkaido Apartments LLC
Wachovia KW2, LLC
KW Residential, LLC
KW Investment Co., Ltd.
Wachovia Ocean View Member, LLC
Ocean View Holdco, LLC
WDC/Babcock Fairways, LLC
Fairways 340 LLC
WDC 541 N Fairbanks Member, LLC
G/WDC 541 N Fairbanks, LLC
WDC KW America Member, LLC
KW America Multifamily, LLC
KW/WDC Westmoreland, LLC
KW/WDC Westmoreland, LLC
WDC Lake Spivey Member, LLC
Lake Spivey Senior Living/WDC, LLC
WDC Member KW Portfolio, LLC
KW/WDC Apartment Portfolio, LLC
KW/WDC Beaverton, LLC
KW/WDC Sacramento LLC
KW/WDC Vallejo LLC
WDC PSL City Center, LLC
PSL City Center, LLC
WDC Triad Parent, LLC
WDC Triad Member I, LLC
Triad Apartment Portfolio, LLC
WDC Union Station, LLC
Union Station Holding Company, LLC
WDC Ventures Ltd
WG-5278 MO, LLC
Wachovia Financial Services, Inc
Wachovia Insurance Agency, Inc
Professional Direct Agency, Inc
Union Hamilton Special Purpose Funding 2005-1, LLC
Union Hamilton Special Purpose Funding 2005-2, LLC
Union Hamilton Special Purpose Funding 2006-1, LLC
Wachovia Investors, Inc
CMLB 2001, LLC
Jordan Investments GP
Jordan Investments LP
Tyree Financing, S à r l
Jordan Investments LP
LYNX 2002-I, Ltd
Meridian Venture Partners
MVP Distribution Partners
Wachovia Capital Partners 1997, LLC
Wachovia Capital Partners 1998, LLC
Wachovia Capital Partners 1998-II, LLC
Wachovia Capital Partners 1999, LLC
Wachovia Capital Partners 1999-II, LLC
Wachovia Capital Partners 2000, LLC
Wachovia Capital Partners 2001, LLC
Wachovia Capital Partners 2002, LLC
Wachovia Capital Partners 2003, LLC
Wachovia Capital Partners 2004, LLC
Wachovia Capital Partners 2005, LLC
Wachovia Capital Partners Management Company, LLC
WCP Fund I, L P.
WCP Fund II, L P
WCP Compression, LLC
WCP Compression Holdings, LLC
WCP Holdings 2002, LLC
WCP Holdings 2004, LLC
WCP Holdings 2005, LLC
WCP Holdings 2006, LLC
WCP Secondary Fund I GP, LLC
Wachovia Capital Partners Secondary Fund I, L P
Wheat First Butcher Singer Private Equity Fund, Limited Partnership (1%-NV)
Wachovia Life Insurance Company

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Wachovia Preferred Funding Corp
Wachovia Preferred Funding Holding Corp
Wachovia Private Capital, Inc.
Wachovia Real Estate Investment Corp
Wachovia Regional Community Development Corporation, Inc
Wachovia Regional Foundation
Wachovia Risk Services, Inc
Wachovia Trust Services, Inc
WDS Holdings, Inc
 WDSI, LLC
  Heritage Indemnity Company
  Heritage Mechanical Breakdown Corporation
  The Westlake Group, Limited
   Westlake Insurance Company (Bermuda), Ltd
  Wachovia Administrative Services, Inc
  Wachovia Management Corporation
   Wachovia Warranty Corporation
Wells Fargo Asia Limited
 Wells Fargo International Commercial Services Limited
Wells Fargo Bank South Central, National Association
 Greenfield Funding, LLC
 SCG Funding, LLC
Wells Fargo Capital IV
Wells Fargo Capital VII
Wells Fargo Capital VIII
Wells Fargo Capital IX
Wells Fargo Capital X
Wells Fargo Capital XI
Wells Fargo Capital XII
Wells Fargo Capital XIII
Wells Fargo Capital XIV
Wells Fargo Capital XV
Wells Fargo Community Development Corporation
Wells Fargo Credit, Inc
 Wells Fargo Institutional Funding, LLC
  Wells Fargo Institutional Securities, LLC
Wells Fargo Energy Capital, Inc
Wells Fargo Exchange Services, Inc
 NCT Exchange, LLC
 Pursuit of Joy, LLC
 Riggs Rental Exchange, LLC
 Ryaccom, LLC
Wells Fargo Financial Services, Inc
 Wells Fargo Financial, Inc
  Alces Funding, LLC
   Cervus Funding, L.P.
  Centurion Agency Nevada, Inc
  Centurion Casualty Company
  Centurion Life Insurance Company
   Aspen Delaware Funding, LLC
    Sierra Peaks Funding, LP
   Wapiti Funding, LLC
    Cervus Funding, L.P.
  Chestnut Asset Management, Inc
  Dial Finance Company, Inc
  Dial National Community Benefits, Inc
  Ellis Advertising, Inc
  Finvercon USA, Inc
  Island Finance Credit Services, Inc
  Island Finance New York, Inc
  Norwest Financial Canada DE, Inc
   Telomian Funding, Inc
    Havanese Funding, LLC
   Wells Fargo Financial Corporation Canada
    Wells Fargo Business Credit Canada ULC
    Wells Fargo Equipment Finance Company
    Wells Fargo Financial Canada Corporation
    Wells Fargo Financial Retail Services Company Canada
    Wells Fargo Foothill Canada ULC
   Wells Fargo Financial Hong Kong Limited
  Norwest Financial Funding, Inc
   Island Finance Holding Company, LLC
    Island Finance Sales Finance Corporation
     Island Finance Sales Finance Trust
      Reliable Finance Holding Company
      Reliable Finance Holding Company, LLC
     Tai Mo Shan Investments Partnership
   Wells Fargo Financial Funding B.V
    HADBO Investments C.V
  Norwest Financial Investment, Inc
  Norwest Financial Investment 1, Inc
  Norwest Financial Massachusetts
  Reliable Financial Services, Inc
  Reliable Insurance Services Corp
  Sierra Delaware Funding, LLC
   Sierra Peaks Funding, LP
  Wells Fargo Financial Agency, Co
  Wells Fargo Financial Alabama, Inc
  Wells Fargo Financial Alaska, Inc
  Wells Fargo Financial America, Inc
  Wells Fargo Financial Arizona, Inc
  Wells Fargo Financial California, Inc
   Victoria Investments, LLC

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Tai Mo Shan Investments Partnership
TMS Funding Limited
Wells Fargo Financial Colorado, Inc.
Wells Fargo Financial Connecticut, Inc.
Wells Fargo Financial Credit Services New York, Inc.
Wells Fargo Financial Delaware, Inc.
Wells Fargo Financial Florida, Inc.
Wells Fargo Financial System Florida, Inc.
Wells Fargo Servicing Solutions, LLC
Wells Fargo Financial Georgia, Inc.
Wells Fargo Financial Guam, Inc.
Wells Fargo Financial Hawaii, Inc.
Wells Fargo Financial Holdings, LLC
Wells Fargo Financial Idaho, Inc.
Wells Fargo Financial Illinois, Inc.
Wells Fargo Financial Indiana, Inc.
Wells Fargo Financial Information Services, Inc.
Wells Fargo Financial Investment, Inc.
Wells Fargo Financial Iowa 1, Inc.
Wells Fargo Financial Iowa 3, Inc.
Wells Fargo Financial Kansas, Inc.
Wells Fargo Financial Kentucky, Inc.
Wells Fargo Financial Kentucky 1, inc.
Wells Fargo Financial Louisiana, Inc.
Wells Fargo Financial Maine, Inc.
Wells Fargo Financial Maryland, Inc.
Wells Fargo Financial Massachusetts, Inc.
Wells Fargo Financial Massachusetts 1, Inc.
Wells Fargo Financial Michigan, Inc.
Wells Fargo Financial Minnesota, Inc.
Wells Fargo Financial Acceptance, LLC
CGT Insurance Company Ltd.
Wells Fargo Financial Acceptance America, Inc.
Wells Fargo Financial Arkansas, Inc.
Wells Fargo Financial Receivables, LLC
Wells Fargo Financial Vermont, Inc.
Wells Fargo Financial Mississippi, Inc.
Wells Fargo Financial Mississippi 2, Inc.
Wells Fargo Financial Missouri, Inc.
Wells Fargo Financial Montana, Inc.
Wells Fargo Financial National Bank
Kildeer Capital Company, LLC
Wells Fargo Financial Nebraska, Inc.
Wells Fargo Financial Nevada, Inc.
Wells Fargo Financial Nevada 1, Inc.
Wells Fargo Financial Nevada 2, Inc.
Wells Fargo Financial New Hampshire, Inc.
Wells Fargo Financial New Hampshire 1, Inc.
Wells Fargo Financial New Jersey, Inc.
Wells Fargo Financial New Mexico, Inc.
Wells Fargo Financial New York, Inc.
Wells Fargo Financial North Carolina, Inc.
Wells Fargo Financial North Carolina 1, Inc.
Wells Fargo Financial North Dakota, Inc.
Wells Fargo Financial Ohio, Inc.
Wells Fargo Financial Ohio 1, Inc.
Wells Fargo Financial Oklahoma, Inc.
Wells Fargo Financial Oregon, Inc.
Wells Fargo Financial Pennsylvania, Inc.
Wells Fargo Financial Puerto Rico, Inc.
Wells Fargo Financial Resources, Inc.
Wells Fargo Financial Retail Credit, Inc.
Wells Fargo Financial Retail Services, Inc.
Wells Fargo Financial Rhode Island, Inc.
Wells Fargo Financial Saipan, Inc.
Wells Fargo Financial Security Services, Inc.
Wells Fargo Financial Services Virginia, Inc.
Wells Fargo Financial South Carolina, Inc.
Wells Fargo Financial South Dakota, Inc.
Wells Fargo Financial System Minnesota, Inc.
Wells Fargo Financial System Virginia, Inc.
Wells Fargo Financial Tennessee, Inc.
Wells Fargo Financial Tennessee 1, LLC
Wells Fargo Financial Texas, Inc.
Wells Fargo Financial Utah, Inc.
Wells Fargo Financial Virginia, Inc.
Wells Fargo Financial Washington, Inc.
Wells Fargo Financial Washington 1, Inc.
Wells Fargo Financial West Virginia, Inc.
Wells Fargo Financial Wisconsin, Inc.
Wells Fargo Financial Wyoming, Inc.
Wells Fargo Insurance, Inc.
H.D. Vest Insurance Agency, L.L.C.
H.D. Vest Insurance Agency, L.L.C.
Regency Insurance Agency, Inc.
Rural Community Insurance Agency, Inc.
Rural Community Insurance Company
Wells Fargo Insurance Nevada, Inc.
Wells Fargo Insurance Wyoming, Inc.
Wells Fargo Insurance Services USA, Inc.
BenefitElect Alliance, LLC
Union Commerce Title Company, LLC
Wells Fargo Investment Group, Inc.

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Nelson Capital Management, LLC
NVP Associates, LLC
    Norwest Venture Partners Advisory-Mauritius
      NVP Venture Capital India Private Limited
    NVP Israel Ltd
Wells Fargo Alternative Asset Management, LLC
Wells Fargo Funds Distributor, LLC
Wells Fargo Funds Management, LLC
Wells Fargo Investments, LLC
    Stagecoach Insurance Services, LLC
    WFI Insurance Agency Montana, Inc
    WFI Insurance Agency Washington, Inc
Wells Fargo Properties, Inc
  Norwest Properties Holding Company
Wells Fargo Securities Limited
WF Deferred Compensation Holdings, Inc
WFC Holdings Corporation
  Charter Holdings, Inc
  IBID, Inc
    First Security Capital I
    Wells Fargo Bank Northwest, National Association
      Pumi Funding, LLC
        Bergamasco Funding, LLC
        Whippet Funding, LLC
  Wells Fargo Bank, Ltd
    Eastdil Secured, L L C
  Wells Fargo Bank, National Association
    AILS, Inc
    American Securities Company
    American Securities Company of Missouri
    American Securities Company of Nevada
    American Securities Company of Utah
    AmNet Mortgage LLC
      American Mortgage Network LLC
    ATC Realty Nine, Inc.
    ATC Realty Fifteen, Inc
      SG Group Holdings LLC
        SG New York LLC
        SG Tucson LLC
        SG Pennsylvania LLC
    ATC Realty Sixteen, Inc
    CNB Investment Trust I
      CNB Investment Trust II
    Collin Equities, Inc
    Crocker Properties, Inc.
    DE Capital Mortgage, LLC (50 1% owned)
    Delaware Trust Company, National Association
      Evergreen Investment Management Trust
    DNA Investment Holdings, LLC
    Epic Funding Corporation
    First Consumer Services, Inc
    Foothill Group, LLC, The
    Galliard Capital Management, Inc
    Golden West Savings Association Service Co
    GWFC, LP
    Lincoln Building Corporation
    Mid-Peninsula Capital, LLC
    Mulberry Asset Management, Inc
      Pelican Asset Management, Inc
        Violet Asset Management, Inc
          Bitterroot Asset Management, Inc
            Sweetroot Funding, LLC
            Thirty-Eight Hundred Investments Limited
              The Thirty-Eight Hundred Fund, LLC
        IntraWest Asset Management, Inc.
          Alano Funding, LLC
          Azalea Asset Management, Inc
          Brittlebush Financing, LLC
          Carnation Asset Management, Inc
            Golden Pacific Insurance Company
            Amber Asset Management Inc
            Ruby Asset Management Inc
              Sapphire Asset Management Inc
          Peony Asset Management, Inc.
            Golden Funding Company
          Rigil Funding, LLC
          Sirius Funding, LLC
          Falcon Asset Management, Inc
            Blue Spirit Insurance Company
        Harner Funding, LLC
        Iapetus Funding, LLC
          Mastiff Funding, LP
        IWIC Insurance Company
        Pheasant Asset Management, Inc
          Great Plains Insurance Company
        Sagebrush Asset Management, Inc
          Quail Asset Management, LLC
        Silver Asset Management Inc
          Marigold Asset Management, Inc
            Marigold International Limited
            Bluebonnet Asset Management, Inc
            Columbine Asset Management, Inc
            Saguaro Asset Management, Inc

**Wells Fargo & Company**
**November 30, 2009**
**(Does include legacy Wachovia Corporation and its subsidiaries)**

Topaz Asset Management Inc
Yucca Asset Management, Inc
Wells Fargo Asset Management Corporation
Residential Home Mortgage Investment, L L C.
Wells Fargo Funding, Inc
Wells Fargo Private Client Funding, Inc
Wells Fargo Structured Lending, LLC
North Star Mortgage Guaranty Reinsurance Company
Old Swedish Bank Master Tenant, LLC
Southwest Partners, Inc
Linear Financial, LP
Real Estate Lenders
RWF Mortgage Company
Spring Cypress Water Supply Corporation
Stagecoach Insurance Agency, Inc
United California Bank Realty Corporation
Wachovia Commercial Mortgage Inc
Wachovia SBA Lending, Inc.
Wells Capital Management Incorporated
Wells Fargo Alaska Trust Company, National Association
Wells Fargo Asset Securities Corporation
Wells Fargo Auto Finance, Inc
Wells Fargo Bill Presentment Venture Member, LLC
Wells Fargo Retail Finance, LLC
WFLC Subsidiary, LLC
Wells Fargo Cash Centers, Inc
Wells Fargo Community Investment Holdings, LLC
Wells Fargo Community Development Enterprises, Inc
Wells Fargo Credit Card Funding LLC
Wells Fargo Credit Card Master Note Trust
Wells Fargo Delaware Trust Company
Wells Fargo Equipment Finance, Inc
TAI Title Trust (Business Trust)
Wells Fargo Financial Leasing, Inc
Wells Fargo Foothill, LLC
Wells Fargo Distribution Finance, LLC
Wells Fargo Housing Advisors, Inc.
Wells Fargo Merchant Services, L L C
Wells Fargo Preferred Capital, Inc
Wells Fargo Real Estate Tax Services, LLC
Wells Fargo Student Loans Receivables I, LLC
Wells Fargo Trade Capital, LLC
Wells Fargo Ventures, LLC
1st Capital Mortgage, LLC
Advance Mortgage
Advantage Mortgage Partners, LLC
Alliance Home Mortgage, LLC
American Priority Mortgage, LLC
American Southern Mortgage Services, LLC
APM Mortgage, LLC
Ascent Financial Services, LLC
Ashton Woods Mortgage, LLC
Bankers Funding Company, LLC
Belgravia Mortgage Group, LLC
Benefit Mortgage, LLC
Berks Mortgage Services, LLC
BHS Home Loans, LLC
Capstone Home Mortgage, LLC
Carolina Mortgage/CDJ, LLC
Centennial Home Mortgage, LLC
Central Federal Mortgage Company
Certified Home Loans, LLC
Choice Mortgage Servicing, LLC
CityLife Lending Group, LLC
Colorado Capital Mortgage Co, LLC
Colorado Mortgage Alliance, LLC
Colorado Professionals Mortgage, LLC
Conway Home Mortgage, LLC
DH Financial, LLC
Edward Jones Mortgage, LLC
Elite Home Mortgage, LLC
Express Financial & Mortgage Services, LLC
First Associates Mortgage, LLC
First Commonwealth Home Mortgage, LLC
First Mortgage Consultants, LLC
First Peninsula Mortgage, LLC
Five Star Lending, LLC
Florida Home Finance Group, LLC
Foundation Mortgage Services, LLC
Fulton Homes Mortgage, LLC
Genesis Mortgage, LLC
Gibraltar Mortgage, LLC
Gibraltar Mortgage Services, LLC
Great East Mortgage, LLC
Greater Atlanta Financial Services, LLC
Greenpath Funding, LLC
Greenridge Mortgage Services, LLC
Guarantee Pacific Mortgage, LLC
Hallmark Mortgage Group, LLC
Hansen and Horn Financial, LLC
Hendricks Mortgage, LLC
Heritage Home Mortgage Group, LLC
Hillsborough Lending, LLC

23

Wells Fargo & Company
November 30, 2009
(Does include legacy Wachovia Corporation and its subsidiaries)

Home Mortgage Specialists, LLC
Homeservices Lending, LLC
Illustrated Properties Mortgage Company, LLC
Integrity Home Funding, LLC
Keller Mortgage, LLC
Legacy Mortgage
Marben Mortgage, LLC
Martha Turner Mortgage, LLC
Max Mortgage, LLC
MC of America, LLC
McMillin Home Mortgage, LLC
Mortgage 100, LLC
Mortgage One
Mortgages Unlimited, LLC
Mountain Summit Mortgage, LLC
MSC Mortgage, LLC
NuCompass Mortgage Services LLC
Peachtree Residential Mortgage, LLC
Personal Mortgage Group, LLC
PHX Mortgage Advisors, LLC
Pinnacle Mortgage of Nevada, LLC
Platinum Residential Mortgage, LLC
PNC Mortgage, LLC
Premia Mortgage, LLC
Prime Select Mortgage, LLC
Priority Mortgage Company, LLC
Private Mortgage Advisors, LLC
Professional Financial Services of Arizona, LLC
Professional Mortgage Associates, LLC
Prosperity Mortgage Company
Rainier Mortgage, LLC
Real Living Mortgage, LLC
Realty Home Mortgage, LLC
Residential Home Division, LLC
Residential Mortgage Division, LLC
Residential Mortgage Services, LLC
Riverside Home Loans, LLC
RWF Mortgage, LLC
Santa Fe Mortgage, LLC
Select Lending Services, LLC
Select Home Mortgage, LLC
Signature Home Mortgage, LLC
Skogman Mortgage Company
Southeast Home Mortgage, LLC
Southeast Minnesota Mortgage, LLC
Southern Ohio Mortgage, LLC
Stirling Mortgage Services, LLC
Summit National Mortgage, LLC
Thoroughbred Mortgage, LLC
Town & Country Mortgage Group, LLC
TPG Funding, LLC
Trademark Mortgage, LLC
Village Communities Financial, LLC
Wells Fargo Home Mortgage of Hawaii, LLC
WFS Mortgage, LLC
William Pitt Mortgage, LLC
Winmark Financial, LLC
WFB International Holdings Corporation
Wells Fargo India Solutions Private Limited
Wells Fargo Trust Corporation Limited
WLC Company LLC
GWFC, LP
World Loan Company, LLC
World Mortgage Company
Wells Fargo Capital A
Wells Fargo Capital B
Wells Fargo Capital C
Wells Fargo Capital I
Wells Fargo Capital II
Wells Fargo Capital Holdings, Inc
Wells Fargo Central Bank
Wells Fargo Central Pacific Holdings, Inc
Wells Fargo Real Estate Capital Investments, LLC
Wells Fargo Wind Holdings LLC
Wells Fargo Cedar Creek, LLC
Wells Fargo Financing Corporation
Wells Fargo Equity Capital, Inc.
Wells Fargo Small Business Investment Company, Inc.
Wells Fargo HSBC Trade Bank, National Association
Wells Fargo India Solutions Private Limited
WFS Receivables Corporation 2
WFS Financial 2003-3 Owner Trust
WFS Receivables Corporation 4
WFS Financial 2004-1 Owner Trust
World Savings, Inc
World Savings Insurance Agency, Inc.