1  Jean Dean
2  730 Oakridge River Road
3  Fuquay Varina, NC  27526
4
5              UNITED STATES DISTRICT COURT
6        MIDDLE DISTRICT OF FLORIDA, FT. MYERS DIVISION

| | |
|---|---|
| **JEAN DEAN** <br> Plaintiff, <br><br> vs. <br><br> **WELLS FARGO HOME MORTGAGE** <br><br> Defendant | Case # 2:10-cv-564-FtM-29SPC <br><br> MOTION FOR EXTENSION OF TIME TO ANSWER |

7                                            Date: 20 October 2010

8

9  Plaintiff requests a motion for extension of time to answer Civil Case Management Plan.

10 Plaintiff has found it difficult to properly address the issues at hand.  Plaintiff does not know the

11 attorney of record for Wells Fargo Home Mortgage.  Plaintiff has contacted Wells Fargo Home

12 Mortgage and requested a case management file.  However, a case management file has not been

13 established as of yet.  Plaintiff cannot comply with the Judge's order without this information.

14 The Plaintiff is requesting 60 more days to prepare the Civil Case Management Plan.

15

16 Respectfully,

17

18 Jean Dean

19
20
21
22
23

FILED 2010 OCT 21 AM 11: 46 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

## CERTIFICATE OF SERVICE

I, Jean Dean do swear and affirm that I have served a signed copy of this motion for extension of time to any and all defendants by way of U.S.P.S. Regular Mail, to

*Jean Dean   Steve Meghacie P.O.A*

United States District Court
Middle District of Florida
Ft. Myers Division
2110 First Street
Ft. Myers, FL 33901

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*Victoria Walker*       10-18-2010

**NOTARY PUBLIC IN AND FOR**         Notary Seal
**THE STATE OF NORTH CAROLINA**

(Notary Seal: VICTORIA WALKER, Notary Public, Harnett County, My Commission Expires 12/07/2013, NORTH CAROLINA)