UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:10-cv-564-JES-SPC

JEAN DEAN,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

_____/

**DEFENDANT WELLS FARGO BANK'S RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT**

Defendant Wells Fargo Bank N.A., d/b/a Wells Fargo Home Mortgage ("Wells Fargo") hereby files this Response in Opposition to Plaintiff's Motion for Extension of Time to File Case Management Report, and states as follows:

    1.    On December 3, 2010, Plaintiff filed a second Motion for Extension of Time to File a Case Management Report (the "Motion"), seeking an additional 60 days to file a Case Management Report [D.E. 15]. Wells Fargo opposes the Motion because the parties do not need an additional 60 days.

    2.    On November 19, 2010, undersigned counsel for Wells Fargo received an email from someone named Steve Migliaccio, asking for a copy of the "Case Management File for Jean Dean." Not knowing who Steve Migliaccio was, what he meant by a "Case Management File," or why he would be entitled to anything related to Ms. Dean, and given the abundance of solicitous spam email, undersigned counsel did not respond to that email.

    3.    Five days later, on November 24, 2010, undersigned counsel received another

17856102.1

email from Mr. Migliaccio (specifically indicating that it was only his second email), this time asking to hold a Case Management Conference in this case. Undersigned counsel responded within the hour, and offered multiple dates and times to conduct the Case Management Conference.

    4.    Mr. Migliaccio responded on November 29th, indicating that he was available on November 30th for the Conference. Undersigned counsel agreed to conduct the Conference on November 30th.

    5.    During the Case Management Conference on November 30th, Mr. Migliaccio indicated that he is not a lawyer, but that he is representing Ms. Dean's interests. Undersigned counsel asked Mr. Migliaccio to propose dates for how he wanted this case to proceed. He refused. Undersigned counsel then asked Mr. Migliaccio for clarification of Ms. Dean's claims. When Mr. Migliaccio refused to provide any detail or background to the claims (except to say that he was forced to file Ms. Dean's Complaint in a hurry to stop the foreclosure sale in the underlying foreclosure litigation), undersigned counsel expressed how it would be difficult to fashion a case management plan for this case given the unusually large number of claims, the lack of any factual detail in the Complaint, and the lack of transparency in the Case Management Conference as to the basic nature of Ms. Dean's claims. Despite Mr. Migliaccio's representations to this Court, there was no "name calling" or other improper conduct.

    6.    After Mr. Migliaccio refused to provide proposed dates for the case management plan, or any factual detail as to the nature of Ms. Dean's claims, undersigned counsel proposed that Mr. Migliaccio consider how he would like to schedule this case and to email undersigned counsel with proposed dates and suggestions, and that the parties would then reconvene the Conference at a mutually convenient date. Mr. Migliaccio agreed to proceed in this manner, but never followed-up, and never sent the proposed dates, suggestions, or case management

plan. Undersigned counsel is still waiting.

7. For these reasons, Wells Fargo respectfully requests the Court to deny Plaintiff's Motion inasmuch as a 60 day extension is unnecessary, and every day that this case drags on is another day that Plaintiff is able to improperly delay the foreclosure sale in the underlying foreclosure action. If anything, the parties need only another few days to discuss the management of this case and prepare a proper Case Management Plan.

Dated: December 3, 2010

**CARLTON FIELDS, P.A.**
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

By: /s/ David B. Esau
    Michael K. Winston
    Florida Bar No. 051403
    E-mail: mwinston@carltonfields.com
    David B. Esau
    Florida Bar No. 650331
    E-mail: desau@carltonfields.com

*Attorneys for Defendant Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Jean Dean
730 Oakridge River Rd.
Fuquay Varina, NC 27526
(via U.S. Mail)
*Plaintiff*

/s/  David B. Esau
David B. Esau