UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN DEAN,

          Plaintiff,

-vs-                                                                  Case No. 2:10-cv-564-FtM-29SPC

WELLS FARGO HOME MORTGAGE,

          Defendant.
_____/

**ORDER**

      This matter comes before the Court on the Plaintiff Jean Dean's Motion for an Extension of Time to File the Case Management Report (Doc. #15) filed on December 3, 2010. The Defendant filed its Response in Opposition (Doc. # 16) on December 3, 2010. The Motion is now ripe for the Court's review.

      On the Motion for Extension of Time to File Case Management Report, the Plaintiff's name was signed by Steve Migliaccio, POA. Additionally, Migliaccio appeared via telephone at the case management conference. During the Case Management Conference on November 30, 2010, Migliaccio indicated that he is not a lawyer, but that he was representing the Plaintiff's interests in this case. (Doc. # 16, ¶ 5).

      While the Plaintiff may prosecute her claims *pro se*, "that privilege is personal to her" as a party to this case. Miller v. Tampa Police Dept., 2010 WL 2854259 * 2 (M.D. Fla. July 21, 2010) (citing 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel ...."); McShane v. U.S., 366 F.2d 286, 288 (9th Cir.1966)

(citations omitted). In other words, the Plaintiff may not allow a non-attorney to exercise that privilege on her behalf, even through a power of attorney. Miller, 2010 WL 2854259 at * 2. "[A] power of attorney may not be used to circumvent state law prohibitions on the unauthorized practice of law." Id. This rule applies regardless of whether the non-lawyer representative possessing the power of attorney is a family member of the *pro se* party. Id. Thus, the Motion is due to be denied and stricken from the Court's docket.

Accordingly, it is now

**ORDERED:**

The Plaintiff Jean Dean's Motion for an Extension of Time to File the Case Management Report (Doc. #15) is **DENIED**.

(1) The Clerk of the Court is hereby directed to **STRIKE** the Plaintiff's Motion (Doc. # 15) from the docket sheet.

(2) The Court will *sua sponte* enter a Case Management and Scheduling Order under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this   13th    day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record